

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Morgan Lewis & Bockius, LLP
v.
City of East Chicago

08CV 2748
JUDGE PALLMEYER
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of East Chicago

FILED
MAY 12 2008    MAY 12 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Robert J. Feldt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Feldt | |
| FIRM<br>Eichhorn & Eichhorn, LLP | |
| STREET ADDRESS<br>200 Russell Street, 6th Floor | |
| CITY/STATE/ZIP<br>Hammond, IN 46320 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6194046 | TELEPHONE NUMBER<br>219-931-0560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |