**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIVISION OF ILLINOIS**

| | | |
|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:08-cv-2748 |
| v. | ) | |
| | ) | Judge: Rebecca R. Pallmeyer |
| CITY OF EAST CHICAGO, | ) | |
| | ) | Magistrate Judge: |
| Defendant. | ) | Sidney I. Schenkier |

**MOTION OF THE DEFENDANT, CITY OF EAST CHICAGO,**
**TO SUBSTITUTE AN AMENDED EXHIBIT C TO ITS NOTICE OF REMOVAL**

The Defendant, City of East Chicago, ("East Chicago"), by its attorneys, Eichhorn & Eichhorn, LLP, requests that the Court enter an order which removes the existing Exhibit C to its Notice Of Removal, including from the ECF system, and substitutes in its stead the attached Amended Exhibit C. In support of its motion, East Chicago states as follows:

1.    The Plaintiff apparently filed its Complaint in the Circuit Court of Cook County, State of Illinois on April 11, 2008. (See Exhibits A and B attached to East Chicago's Notice Of Removal, [DE 1, Exs. A and B, generally].)

2.    In its Complaint, the Plaintiff pled that it is a Pennsylvania limited liability partnership and that East Chicago is an Indiana municipality with its principal offices located in Indiana. [Notice Of Removal, Ex. A, ¶¶ 9 and 10, respectively]

3.    In order to remove all potential dispute as to the timeliness of its Notice Of Removal, East Chicago sought to file the same no later than May 12, 2008.

4.    While the Plaintiff pled the citizenship of the partnership itself, the Plaintiff did not plead the citizenship or domicile of its individual partners. [Notice Of Removal, Ex. A, ¶ 9 and

generally]  The Plaintiff is an international partnership with numerous offices both in the United States and abroad.  (See attached Exhibit A.)

5.      In order to provide the Court with the best evidence of the domicile of at least the Chicago office of this Pennsylvania limited liability partnership, East Chicago sought to obtain the Voter Registration records and Bureau of Motor Vehicle records publicly available for the partners from the Plaintiff's Chicago office.  East Chicago was able to obtain sixteen (16) of eighteen (18) of the sets of records late in the afternoon on May 12, 2008.  In copying some of these Bureau of Motor Vehicle records on May 12, 2008, portions of the records were cut off by the copy service. Attorneys for East Chicago also obtained the other two remaining sets of records on May 13, 2008. Finally, East Chicago's Amended Exhibit C also redacts certain portions of the dates of birth from these records in order to comply with Fed.R.Civ.P. 5.2, as amended effective December 1, 2007.

6.      Permitting East Chicago to amend and correct its exhibit will not result in any unfair prejudice to the Plaintiff, particularly given that the redacted information also is provided publicly in the Martindale-Hubbell directory and on the Martindale-Hubbell website.

WHEREFORE, the Defendant, City of East Chicago, requests that the Court enter an order which removes the existing Exhibit C to its Notice Of Removal, including from the ECF system, and substitutes the attached Amended Exhibit C.

David C. Jensen, #18395
Robert J. Feldt, #14284
**EICHHORN & EICHHORN, LLP**
200 Russell Street
P.O. Box 6328
Hammond, IN 46320
219-931-0560

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: s/David C. Jensen
    One of the attorneys for the Defendant,
    City of East Chicago

## CERTIFICATE OF SERVICE

I, David C. Jensen, hereby certify that on the __13th__ day of May, 2008, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such

filing to the following:

       F. Thomas Hecht
       Tina B. Solis
       UNGARETTI & HARRIS
       3500 Three First National Plaza
       Chicago, IL 60602
       fthecht@uhlaw.com
       tbsolis@uhlaw.com

                   s/David C. Jensen_____
                  David C. Jensen

# EXHIBIT A

Case 1:08-cv-02748    Document 6-2    Filed 05/13/2008



**Morgan Lewis**

(search)ing for the perfect solution?  GO

events   news   publications

Affiliated Sites:

**expanding to meet your needs.**

Around the world, Morgan Lewis lawyers are in touch. Our clients know that they can access their contact at the firm at any time, day or night, for routine legal matters or complex issues requiring customized problem solving.

## office locations

locations

**FIRM FAST FACTS**

More than **1,400 lawyers in 22 offices** throughout the world.

Clients include **more than half of the** Fortune 100 companies, including 9 of the top 10 and 16 of the top 20.

**More than 2,000 clients** have been with the firm for **more than 5 years.**

Approximately 2,000 new clients and **20,000 new projects** each year.

Lawyers and support staff fluent in Arabic, Chinese (Mandarin), Dutch, English, French, German, Greek, Hebrew, Hindi, Italian, Japanese, Korean, Portuguese, Spanish, Russian.

MCCA'S 2007 SAGER AWARD



| | | |
|---|---|---|
| Beijing | Phone: +86 10 5876 3500<br>Beijing Kerry Centre North Tower, Suite 2005, 20th Fl. | Office Details |
| Boston | Phone: 617.235.7255<br>Two International Pl., Suite 1600 | Office Details<br>Directions |
| Brussels | Phone: +32 2 507 7500<br>7 Rue Guimard | Office Details<br>Directions |
| Chicago | Phone: 312.324.1000<br>77 West Wacker Dr. | Office Details<br>Directions |
| Dallas | Phone: 214.466.4000<br>1717 Main St., Suite 3200 | Office Details<br>Directions |
| Frankfurt | Phone: +49 69 71 40 07 11<br>Guiollettstrasse 54 | Office Details<br>Directions |
| Harrisburg | Phone: 717.237.5000<br>17 N. Second St., 14th Fl. | Office Details |
| Houston | Phone: 713.890.5000<br>1000 Louisiana St., Suite 4200 | Office Details<br>Directions |
| Irvine | Phone: 949.399.7000<br>5 Park Plaza, Suite 1750 | Office Details<br>Directions |
| London | Phone: +44 (0)20 3201 5000<br>Condor House | Office Details<br>Directions |
| Los Angeles | Phone: 213.612.2500<br>300 South Grand Ave. 22nd Fl. | Office Details<br>Directions |
| Miami | Phone: 305.415.3000<br>5300 Wachovia Financial Ctr. | Office Details<br>Directions |
| Minneapolis | Phone: 612.344.1000<br>5175 Wells Fargo Ctr. | Office Details |
| New York | Phone: 212.309.6000<br>101 Park Avenue | Office Details<br>Directions |
| Palo Alto | Phone: 650.843.4000<br>2 Palo Alto Square | Office Details<br>Directions |
| Paris | Phone: +33 1 53 30 43 00<br>68, rue du Faubourg Saint-Honoré | Office Details |
| Philadelphia | Phone: 215.963.5000<br>1701 Market St. | Office Details<br>Directions |
| Pittsburgh | Phone: 412.560.3300<br>One Oxford Ctr., 32nd Fl. | Office Details<br>Directions |
| Princeton | Phone: 609.919.6600<br>502 Carnegie Center | Office Details<br>Directions |

**UPCOMING EVENTS**

04/09/08 **Morgan Lewis IP Academy in China** Beijing & Shenzhen
Morgan Lewis is pleased to announce a comprehensive course on United States patent law to be presented in China in four monthly sessions in Beijing and Shenzhen

05/12/08 **NRS 23rd Annual Spring Compliance Conference** South Beach, FL
Ivan Harris, speaker  Ryan Helmrich, speaker

05/13/08 **2009 E*Trade Financial Directions Conference** Montreal, Canada
Althea Day, presenter  "Code Section 409A Compliance: Practical Advice for Stock Plan Administrators"



**DEFENDANT'S EXHIBIT**

_A_

ALL-STATE LEGAL

| San Francisco | Phone: 415.442.1000 | Office Details |
| | One Market, Spear Street Tower | Directions |
| Tokyo | Phone: +81 3 5219 2500 | Office Details |
| | Shin-Tokyo Building, 9th Floor | Directions |
| Washington, D.C. | Phone: 202.739.3000 | Office Details |
| | 1111 Pennsylvania Ave., NW | Directions |

Privacy Policy    Terms of Use    Site Map    Contact Us    Client/Alumni Login

Copyright © 2008 by Morgan, Lewis & Bockius LLP. All Rights Reserved.

# AMENDED
# EXHIBIT C

# Exhibit C: Address List

**David Paul Ackerman, Partner**
Year of Birth 1949
412 Farrington Dr.
Lincolnshire, IL 60069

**Sari Makram Alamuddin, Partner**
Year of Birth  1968
419 S. Bodin St.
Hinsdale, IL 60521

**Andy R. Anderson, Of Counsel**
 Year of Birth 1959
1189 Oxford Court
Lake Zurich, IL 60047

**Theodore Michaelson Becker, Partner**
Year of Birth 1949
1195 Spruce Street
Winnetka, IL 60093

**Deborah S. Davidson, Partner**
 Year of Birth 1973
334 N. Clifton Ave., Apt. 4
Chicago, IL 60657

**Amy Marie Foran, Of Counsel**
 Year of Birth 1955
1433 N. Dearborn St., Apt. 3
Chicago, IL 60610

**Barry Alan Hartstein, Partner**
 Year of Birth 1951
55 W. Delaware Place, Apt. 716
Chicago, IL 60610

**Brian Daniel Hector, Partner**
 Year of Birth 1961
9001 S. Troy Ave.
Evergreen Park, IL 60805-1335

**Thomas Frank Hurka, Partner**
Year of Birth 1971
8170 Ridgepoint Dr.
Burr Ridge, IL 60527-5982

**Charles Clark Jackson, Partner**
Year of Birth 1952
229 Brampton Lane
Lake Forest, IL 60045

**Louis Lipman Joseph, Senior Counsel**
 Year of Birth 1947
20 Mayfair Lane
Lincolnshire, IL 60069-3223

**Michael James Macaluso, Partner**
Year of Birth 1963
5735 N Ottawa Ave
Chicago, IL 60631

**Philip Andrew Miscimarra, Partner**
 Year of Birth 1956
5522 S. Garfield Ave.
Hinsdale, IL 60521

**Elizabeth Seaver Perdue, Partner**
 Year of Birth 1954
1116 N. Elmwood Ave.
Oak Park, IL 60302-1247

**Douglas Marvin Rutherford, Partner**
Year of Birth 1959
3360 Shadyview Lane North
Plymouth, MN 55447

**John Daniel Shugrue, Partner**
 Year of Birth 1962
1548 Kaywood Lane
Glenview, IL 60025-2344

**Nina Gidden Stillman, Partner**
 Year of Birth 1948
25 E Superior St, Apt 1605
Chicago, IL 60611

**Daniel James Struck, Of Counsel**
 Year of Birth 1965
1542 Sherwood Road
Highland Park, IL 60035



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

---

STATE OF ILLINOIS     )
                     )   SS
COUNTY OF COOK     )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

     NAME:               NINA G STILLMAN

     ADDRESS:         25 E SUPERIOR 1605
                              CHICAGO, ILLINOIS 60611

     REGISTRATION NO:    371786X

all of which appears from the record and files of said Board.

                          IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
                          12th   day of   May            A. D. 2008

                                LANCE GOUGH
                                *Executive Director*



Commissioners

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|
| Changes for 371786X -- NINA G STILLMAN | | | |
| apt_num | 2310 | 2406 | 10/14/1997 |
| reason_id | L | U | 1/25/1998 |
| voter_status | A | I | 12/19/1999 |
| reason_id | U | R | 12/19/1999 |
| reason_id | R | K | 8/24/2000 |
| voter_status2 | | C | 8/24/2000 |
| voter_status | I | A | 9/ 5/2000 |
| reason_id | K | R | 9/ 5/2000 |
| voter_status2 | C | | 9/ 5/2000 |
| house_num | 260 | 25 | 3/28/2003 |
| street_name | CHESTNUT | SUPERIOR | 3/28/2003 |
| apt_num | 2406 | 1605 | 3/28/2003 |
| reason_id | R | U | 3/28/2003 |

| PRINT | LAST NAME | FIRST NAME | INITIAL | HOUSE NO. | STREET NAME | PRECINCT |
|---|---|---|---|---|---|---|
| MR MRS MISS | STILLMAN | NINA | G. | SR JR. | 3450 | N. LAKE SHORE DR. | 2 |

SEX—MALE ☐   FEMALE ☑   House # ___   Apt. # ___   Room #       DATE OF REGISTRATION

| Give state of birth or if foreign born give country | GIVE NUMBER OF YEARS OR MONTHS | | | MONTH | DAY | YEAR | WARD |
|---|---|---|---|---|---|---|---|
| | IN ILLINOIS | IN COOK COUNTY | IN PRECINCT | 8 | 7 | 69 | |
| NEW YORK | 2 YRS | 2 YRS | 2 YRS | | | | 76 |

GIVE DATE OF BIRTH

| MONTH | DAY | YEAR | From what address did you last register |
|---|---|---|---|
| ▓▓ | ▓▓ | 1948 | 1ST REG. |

6199

**NATURALIZATION INFORMATION**          **NATURALIZED BY PARENTS' OR HUSBAND'S PAPERS**

OWN PAPERS ☐   PARENTS' PAPERS ☐   HUSBAND'S PAPERS ☐

| Court | City | State | Month | Day | Year |
|---|---|---|---|---|---|

PARENTS' NAME ___
HUSBAND'S NAME ___
Age of Applicant at time of Parents' Naturalization

Date of Marriage if voting on Husband's Papers

IF APPLICANT IS UNABLE TO SIGN NAME, THE FOLLOWING QUESTIONS MUST BE ANSWERED

| Father's First Name | Mother's First Name | Color of Hair ___   Color of Eyes ___ | REASON FOR INABILITY TO SIGN NAME | Illiterate ☐ |
|---|---|---|---|---|

Any Other Identifying Mark
Height ___

Physical Disability
Permanent ☐   Temporary ☐
Describe

State of Illinois, County of Cook, ss: I hereby swear (or affirm) that I am a citizen of the United States; that on the day of the next election I shall have resided in the State of Illinois for one year, in the County of Cook ninety days, and in the Election Precinct thirty days; that I am fully qualified to vote, and that all the above statements are true.

Subscribed and Sworn to before me this 7 Day of AUG 19 69

Bessie Franklin
SIGNATURE OF REGISTRATION OFFICER

SIGNATURE OR MARK OF APPLICANT FOR REGISTRATION

Form 276—500M—1/68          **ENTER VOTING RECORD ON REVERSE SIDE OF CARD**

---

| DATE | HOUSE NO. | STREET NAME | CODE | PRECINCT | WARD |
|---|---|---|---|---|---|
| | | NOV 6 1970   Redistricted by B___ | | | |
| | | JAN 20 1972   | | 22 | 44 |
| 1-30-80 | 260 | E. Chestnut St. #2310 | 25 | 42 | |
| 7-7-82 | | | | | |

**VOTING RECORD — IN PRIMARY MARK "D" for Democrat "R" for Republican**

| YEAR | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Election | | | | | | | | | | | | | | | | | | | | | | | |
| City Election | | | | | | | | | | | | | | | | | | | | | | | |
| Primary Election | | | | | | | | | | | | | | | | | | | | | | | |
| General Election | | | | | | | | | | | | | | | | | | | | | | | |

# Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

THEODORE M BECKER

**Date of Registration:**   09-06-1996
**Certification Number:**   E00C2094
**Status:**  ACTIVE
Address:  1195 SPRUCE ST, WINNETKA  IL  60093
**Precinct Number:** 8100012  **Sex:** M
**Date of Birth:** ████-1949

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By:_____

RECEIVED
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

**THEODORE M BECKER**

                Registered Address : 1195 SPRUCE ST
                                     WINNETKA  IL  60093
Voter-ID: E00C2094  Registered: 09-06-1996
  Status:  A- Active  Total Items:  11


| Elec | Date | Election Name | Pty | How Voted |
|------|------|---------------|-----|-----------|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | DEM | AT THE POLL |
| 1707 | 04/17/2007 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0103 | 04/01/2003 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |
| 2100 | 03/21/2000 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0398 | 11/03/1998 | GENERAL ELECTION | non | AT THE POLL |
| 0596 | 11/05/1996 | GENERAL | non | AT THE POLL |


State of ILLINOIS
County of COOK

    I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of THEODORE M BECKER as it appears on record in my office.
    Witness my hand and seal on May 12, 2008.

                        DAVID ORR
                        COOK COUNTY CLERK

                        By: _____
                                    Deputy

RECEIVED
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK



Commissioners

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

STATE OF ILLINOIS     )
                      )    SS
COUNTY OF COOK    )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:             DEBORAH S DAVIDSON

ADDRESS:       3334 N CLIFTON 4
                      CHICAGO, ILLINOIS  60657

REGISTRATION NO:     513528Z

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
__12th__ day of __May_____ A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|
| Changes for 513528Z -- DEBORAH S DAVIDSON | | | |
| apt_num | | 1405 | 1/23/1999 |
| apt_num | 1405 | 809 | 10/22/1999 |
| reason_id | L | U | 10/22/1999 |
| sufx | RD | AV | 6/16/2006 |
| house_num | 3170 | 3334 | 6/16/2006 |
| street_name | SHERIDAN | CLIFTON | 6/16/2006 |
| apt_num | 809 | 4 | 6/16/2006 |

513528Z

**1** PRINT  Last Name  DAVIDSON  First Name  DEBORAH  Middle Initial  S.

Address - House No.  Street Direction and Name  3170 N. SHERIDAN    Apt. or Lot No.  1405    Zip  60657    Ward

Date of Birth:  Month    Day    Year  1973    Place of Birth:  WASH. D.C.    Sex  M (F)

Prior Registration:    Address  1ST REGISTRATION    Name (If Changed)

**2** If born outside the United States, complete this section:

| | Citizenship | If Naturalized: | Own Papers ☐ | Parent's Papers ☐ | |
|---|---|---|---|---|---|
| | Born of U.S. Parent | Court | City | State | Date |
| | Naturalized | | | | |

**3** If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| | | | | Physical Disability ☐  Describe |
| Distinguishing Marks | | | | Unable to Write ☐ |

**4** STATE OF ILLINOIS, COUNTY OF COOK I hereby swear (or affirm) that I am a citizen of the United States; that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that this location shall be my permanent residence; that I am fully qualified to vote, and that the above statements are true.

Subscribed and sworn to before me this  28  day of  12  19 9

_____  _____
Signature of Registration Official    Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark D for Democrat | Primary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R for Republican or as instructed. | General | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| For all other elections, mark V. | Non Partisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Form 276



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

---

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF COOK       )


I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;


NAME:              AMY M FORAN

ADDRESS:           1433 N DEARBORN
                   CHICAGO, ILLINOIS  60610

REGISTRATION NO:   59912FM


all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this 12th___ day of  May_____ A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|-------------|-----------|-----------|------|

| Are you a citizen of the United States of America? | | (check one) | ☑ Yes | ☐ No | Office Use |
| Will you be at least 18 years of age on or before election day? | | (check one) | ☑ Yes | ☐ No | **59912FM** |

If you checked "no" in response to either of these questions, then do not complete this form.

You can use this form to: (check one) ☑ apply to register to vote in Illinois ☐ change your address ☐ change your name

| 1. Last Name | First Name | Middle Name or Initial | Suffix (circle one) Jr. Sr. II III IV |
|---|---|---|---|
| FORAN | AMY | M | |

**2. Address where you live (House No., Street Name, Apt. No.)** 1433 N. DEARBORN ST.  **City/Village/Town** CHICAGO  **Zip Code** 60610  **County** COOK  **Township**

**3. Mailing address (P.O. Box)** 1433 N. DEARBORN ST.  **City/Village/Town, State** CHICAGO, IL  **Zip Code** 60610

| 4. Former Registration Address: (include City and State and Zip Code) | Former County | 5. Former Name: (if changed) |
|---|---|---|

**6. Date of birth: MM/DD/YY** ██/██/55

**7. Sex (circle one)** M (F)

**8. Home telephone number including area code (optional)**

**9. ID number** – check the applicable box and provide the appropriate number
☐ IL Driver's License or, if none, Sec. of State ID **OR**
☐ ____ digits of Social Security Number

**10. Voter Affidavit – Read all statements and sign within the box to the right.**
I swear or affirm that:
- I am a citizen of the United States;
- I will be at least 18 years old on or before the next election;
- I will have lived in the State of Illinois and in my election precinct at least 30 days as of the date of the next election;
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, then I may be fined, imprisoned, or if I am not a U.S. citizen, deported from or refused entry into the United States.

┌─ This is my signature or mark in the box below ─┐

Today's Date: 08 / 11 / 07

**11. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.**

Name of person assisting _____  Full Address _____  Telephone No. _____

AUG 15 2007



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

STATE OF ILLINOIS )
                 )   SS
COUNTY OF COOK )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:                   BARRY A HARTSTEIN

ADDRESS:            55 W DELAWARE 716
                            CHICAGO, ILLINOIS 60610

REGISTRATION NO:    34543FC

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
12th  day of  May             A. D. 2008

                        LANCE GOUGH
                        *Executive Director*

Commissioners

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ



69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
| --- | --- | --- | --- |

34543FC

| 1. Last Name | First Name | Middle Name or Initial | Suffix (Circle On Jr. Sr. II III .. |
|---|---|---|---|
| HARTSTEIN | BARRY | A | |

| 2. Address where you live (do not give P.O. address) | | City/Village/Town | Township | |
|---|---|---|---|---|
| House No.    Street Name | Apt. No./P.O. Box | | County | Zip Code |
| 55 W Delaware St | 716 | | Cook | 60610 |

| 3. Former Registration Address: (include City and State) | County | Former Name: (if changed) |
|---|---|---|
| 2786 Sandalwood Buffalo Grove Ill | Lake | |

| 4. Date of Birth: Month Day Year | 5. Sex (Circle One) | 6. Telephone Number (optional) | 7. Full Social Security No. Or last 4 digits only |
|---|---|---|---|
| ▓▓ ▓▓ 5 | (M) F | | |

8 Voter Affidavit - Read all statements and sign within the box to the right.  **I swear or affirm that**

• I am a citizen of the United States;

• I will be at least 18 years old on or before the next election;

• I will have lived in the State of Illinois and in my election precinct 30 days as of the date of the next election.

• All of the above information is true.  I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2 to 5 years.

• This is my signature or mark in the box below.

Date: _____

9. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.

Name _____  Full Address 55 W Delaware A 716 Chicago Ill  Telephone No. _____

Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

BRIAN D HECTOR

**Date of Registration:**    10-02-1992
**Certification Number:**    U0501458
**Status:**  ACTIVE
Address:  9001 TROY ST, EVERGREEN PARK  IL  60805
**Precinct Number:** 9700080  **Sex:** M
**Date of Birth:** ███-1961

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By:_____

RECEIVED
ELECTION DEPARTMENT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

308-752- m035    1458    Code: 9708000005-15

**1**

| Last Name | First Name | Middle Initial | Sr. Jr. | Township/Ward | Precinct |
|---|---|---|---|---|---|
| HECTOR | BRIAN | D. | | WORTH | 80 |

Address (HOUSE NO. & STREET NAME) 9001 S. TROY    APT. NO.    CITY OR VILLAGE E.P.    ZIP 60642    UNINCORPORATED AREA? ☐ YES ☑ NO

| Date of Birth '61 | Place of Birth State or Country IL | Sex (M) F | Name (if Changed) |

Prior Registration: Address 9742 S. KEDZIE

**2**

If born outside the United States, complete this section:

| Citizenship | If Naturalized: Own Papers ☐  Parent's Papers ☐ | | | |
|---|---|---|---|---|
| Born of U.S. Parent | Court | City | State | Date |
| Naturalized | | | | |

**3**

If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| | | | | Physical Disability ☐  Describe |
| Distinguishing Marks | | | | Unable to Write ☐ |

**4**

STATE OF ILLINOIS COUNTY OF COOK, I hereby swear (or affirm) that I am a citizen of the United States that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that this location shall be my permanent residence that I am fully qualified to vote, and that the above statements are true. Subscribed and sworn to before me this ___ day of October 19 92

_Marion Gleeson_    _Brian D Hector_
Signature of Registration Officer    Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark D for Democrat R for Republican or as instructed. For all other elections, mark X. | Primary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | General | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Nonpartisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Precinct Registration Binder Card    Township/Ward    Precinct

RECEIVED
ELECTION DEPT
2008 MAY 12  PM 2:51
OFFICE OF COUNTY CLERK

**BRIAN D HECTOR**

Registered Address : 9001 TROY ST
EVERGREEN PARK  IL  60805

Voter-ID: U0501458  Registered: 10-02-1992
 Status:  A- Active  Total Items:  15

| Elec | Date | Election Name | Pty | How Voted |
|------|------|---------------|-----|-----------|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | UNK | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | REP | AT THE POLL |
| 0502 | 11/05/2002 | GENERAL ELECTION | non | AT THE POLL |
| 1902 | 03/19/2002 | PRIMARY ELECTION | REP | AT THE POLL |
| 0301 | 04/03/2001 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |
| 2100 | 03/21/2000 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0398 | 11/03/1998 | GENERAL ELECTION | non | AT THE POLL |
| 1798 | 03/17/1998 | GENERAL PRIMARY ELECTION | REP | AT THE POLL |
| 0596 | 11/05/1996 | GENERAL | non | AT THE POLL |
| 1996 | 03/19/1996 | GENERAL PRIMARY | DEM | AT THE POLL |
| 0894 | 11/08/1994 | GENERAL | non | AT THE POLL |

State of ILLINOIS
County of COOK

   I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of BRIAN D HECTOR as it appears on record in my office.
   Witness my hand and seal on May 12, 2008.

                         DAVID ORR
                         COOK COUNTY CLERK

                         By:
                                    Deputy

RECEIVED
ELECTION DEPARTMENT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the
following information is a true and correct copy of the voter registration
record on file in this office for:

THOMAS F HURKA

**Date of Registration:**  07-21-2003
**Certification Number:**  98547018
**Status:**  INACTIVE
**Address:**  644 N SPRING AVE, LA GRANGE PARK  IL  60526
**Precinct Number:** 8900024  **Sex:** M
**Date of Birth:** ████-1971

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By: _David Orr_

RECEIVED
ELECTION DEPARTMENT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

## ILLINOIS VOTER REGISTRATION APPLICATION

**1. Applicant Name**  (Last, First, Middle)

HURKA, THOMAS, F

| 2. Voting Address  (Address, City, ZIP) | County | Township |
|---|---|---|
| 544 N SPRING AVENUE<br>LA GRANGE PARK, 60526 | COOK | |

| 3. Previous Registration (Address, City, State, ZIP) | County | Previous Name |
|---|---|---|
| | | |

| 4. Date of Birth | 5. Sex | 6. Telephone Number | 7. Application ID |
|---|---|---|---|
| ██-71 | M | 7██████ | 30620030721003500██ |

**8. Voter Affidavit:**
- I swear or affirm that I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct 30 days as of the date of the next election.
- All of the information contained on this application is true. I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2-5 years.

THIS IS MY SIGNATURE OR MARK IN THE SPACE BELOW:

COOK COUNTY CLERK
69 W. WASHINGTON
ELECTION DEPT 5TH FL
CHICAGO  60602

X _Thomas M Hurka_

Date: 07-21-03

RECEIVED
ELECTION DEPT
2008 MAY 12  PM 2:51
OFFICE OF COURT CLERK

## THOMAS F HURKA

Registered Address : 644 SPRING AVE
LA GRANGE PARK  IL  60526

Voter-ID: 98547018  Registered: 07-21-2003
Status:  I- Inactive  Total Items:  0

State of ILLINOIS
County of COOK

I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of THOMAS F HURKA as it appears on record in my office.
Witness my hand and seal on May 12, 2008.

DAVID ORR
COOK COUNTY CLERK

By: _____
Deputy

RECEIVED
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

---

STATE OF ILLINOIS )
                 )   SS
COUNTY OF COOK )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:                  MICHAEL J MACALUSO

ADDRESS:             5735 N OTTAWA
                             CHICAGO, ILLINOIS 60631

REGISTRATION NO:     780626Y

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
12th   day of  May,             A. D. 2008

LANCE GOUGH
*Executive Director*

*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*



| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|

MACALUSO MICHAEL

780626 Y

**1** PRINT  Last Name  MACALUSO   First Name  MICHAEL   Middle Initial  J

Address / House No.  5735   Street Direction and Name  N Ottawa AV   Apt. or Lot No.

Zip  60631   4/

Date of Birth   Month   Day   Year  1963   Place of Birth  Illinois   State or Country   Sex  ☐ M ☐ F

Ward  41

Prior Registration:   Address  7509 N Kenneth   Name (If Changed)

**2** If born outside the United States, complete this section:

| | Citizenship | If Naturalized | Own Papers ☐ | Parent's Papers ☐ | |
|---|---|---|---|---|---|
| Born of U.S. Parent | | Court | City | State | Date |
| Naturalized | | | | | |

**3** If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| | | | | Physical Disability ☐   Describe |
| Distinguishing Marks | | | | Unable to Write ☐ |

**4** STATE OF ILLINOIS, COUNTY OF COOK I hereby swear (or affirm) that I am a citizen of the United States; that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that fully qualified to vote, and that the above statements are true.

Subscribed and sworn to before me the  8  day of  Jan  19  95

Signature of Registration Officer                    Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark D for Democrat R for Republican or as instructed. For all other elections, mark V. | Primary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | General | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Non Partisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Form 276

## Change of Address

| Pct | Ward | Code | Address | City | Zip | County | Date | Clerk |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Suspension, Cancellation and Reinstatement

| Date | Explain | Clerk | Date | Explain | Clerk |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

ELIZABETH S PERDUE

**Date of Registration:**   09-30-1989
**Certification Number:**   I00F1882
**Status:**  ACTIVE
**Address:**  1116 N ELMWOOD AVE, OAK PARK  IL  60302
**Precinct Number:**  8500002  **Sex:** F
**Date of Birth:**  ████-1954

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By: _____

Office Use

**1. Last Name** PERDUE  **First Name** ELIZABETH  **Middle Name or Initial** S  **Suffix (Circle One)** Jr. Sr. II III IV

**2. Address where you live (do not give P.O. address)**
**House No.** 1116  **Street Name** NORTH ELMWOOD AVE.  **City/Village/Town** OAK PARK  **Township**

**Apt. No. / P.O. Box**  **County** Cook  **Zip Code** 60302

**3. Former Registration Address: (include City and State)** 1823 W Estes, Chicago, IL 60626  **County** Cook  **Former Name: (if changed)** Sayml

**4. Date of Birth:** **Month** ▓▓ **Day** ▓▓ **Year** 54  **5. Sex (Circle One)** M (F)  **6. Telephone Number (optional)**  **7. Full Social Security No. or last 4 digits only**

**8. Voter Affidavit - Read all statements and sign within the box to the right.**
**I swear or affirm that**

- I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct 30 days as of the date of the next election.
- All of the above information is true. I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2 to 5 years.

**SIGN OR MARK IN BOX BELOW.**

*[signature]*

Date: 9/30/2000

**9. If you cannot sign your name,** ask the person who helped you fill out this form to print their name, address and telephone number below.

Name _____  Full Address _____  Telephone No. _____

RECEIVED
ELECTION DEPART...
2000 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

**ELIZABETH S PERDUE**

Registered Address : 1116 ELMWOOD AVE
                     OAK PARK   IL   60302
Voter-ID: I00F1882  Registered: 09-30-1989
 Status:  A- Active  Total Items:  11

| Elec | Date | Election Name | Pty | How Voted |
|---|---|---|---|---|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | DEM | AT THE POLL |
| 1707 | 04/17/2007 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0505 | 04/05/2005 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0103 | 04/01/2003 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0502 | 11/05/2002 | GENERAL ELECTION | non | AT THE POLL |
| 1902 | 03/19/2002 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |

State of ILLINOIS
County of COOK

    I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of ELIZABETH S PERDUE as it appears on record in my office.
    Witness my hand and seal on May 12, 2008.

                            DAVID ORR
                            COOK COUNTY CLERK

                            By: _____
                                        Deputy

RECEIVED
ELECTION DEPT.
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

A265-1754-9166-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A265-1754-9166-0

DAVID P ACKERMAN
412 FARRINGTON DR
LINCOLNSHIRE 60069

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 06 16 87 | 07 03 06 | ▮▮ 49 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 150 | BRN | GRN | Y | N | 1 | D | | B | ▮▮ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * | END OF | RECORD | * | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



A453-7936-8347-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A453-7936-8347-0

SARI M ALAMUDDIN
419 S BODIN
HINSDALE 60521

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 12 13 02 | 12 06 06 | 68 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E | CDL | T.L | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 01 | 195 | BRN | BRN | | N | 1 | D | | B | 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



A536-0165-9257-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A536-0165-9257-0

ANDY R ANDERSON
1189 OXFORD COURT
LAKE ZURICH 60047

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 14 04 | 09 14 04 | ▓▓ ▓▓ 59 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 09 | 165 | BRN | BRN | Y | N | 1 | D M | | B | ▓▓ ▓▓ 08 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | *  END OF RECORD  * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

B260-8134-9049-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

B260-8134-9049-0

THEODORE M BECKER
1195 SPRUCE STREET
WINNETKA 60093

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 02 15 78 | 02 13 07 | ▉ ▉ 49 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 185 | GRAY | BRN | | Y | N | 1 | D | | B | ▉ ▉ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF | RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

D132-1777-3908-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

D132-1777-3908-0

DEBORAH S DAVIDSON
3334 N CLIFTON AV 4
CHICAGO 60657

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 10 31 03 | 09 22 07 | ■ ■ 73 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 03 | 107 | BLND | BLUE | | N | 1 | D | | B | ■ ■ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



F650-0135-5663-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

F650-0135-5663-0

AMY M FORAN
1433 N DEARBORN ST
CHICAGO 60610

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 23 07 | 07 23 07 | ██ ██ 55 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 135 | BRN | BLUE | | N | 1 | D | | NONE | ██ ██ 12 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*
Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H632-0615-1147-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H632-0615-1147-0

BARRY A HARTSTEIN
55 W DELAWARE PL
CHICAGO 60610

| | | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|---|
| | | 06 29 90 | 03 01 06 | ██ ██ 51 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 05 | 150 | BRN | BRN | | N | 1 | D | | NONE | ██ ██ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.



*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H236-0646-1127-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H236-0646-1127-0

BRIAN D HECTOR
9001 S TROY
EVERGREEN PARK 60805

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 05 08 99 | 02 03 07 | ▓▓ ▓▓ 61 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 175 | RED | BLUE | Y | N | 1 | D | | B | ▓▓ ▓▓ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H620-8267-1207-0 AB330
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H620-8267-1207-0

A30509

A30508

THOMAS F HURKA
8170 RIDGEPOINT DR
BURR RIDGE 60527

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 07 21 03 | 11 17 06 | ███ 71 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 00 | 180 | RED | BLUE | | N | 3 | D | | NONE | ███ 08 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*



Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



J250-1435-2095-0 AB312

05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

J250-1435-2095-0

CHARLES C JACKSON
229 BRAMPTON LANE
LAKE FOREST 60045

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 04 03 95 | 01 24 07 | ██ ██ 52 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 175 | BRN | HZL | N | 1 | | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

J210-5324-7070-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

J210-5324-7070-0

LOUIS L JOSEPH
20 MAYFAIR LANE
LINCOLNSHIRE 60069

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 23 91 | 03 07 08 | ▓ 47 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 11 | 170 | BRN | BLUE | | N | 1 | D | | NONE | ▓ 12 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | | ▓ | |

\* END OF RECORD \*

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



M242-5406-3157-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

M242-5406-3157-0

MICHAEL MACALUSO
5735 N OTTAWA AVENUE
CHICAGO 60631

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 02 22 80 | 05 03 06 | 63 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 07 | 165 | BRN | BRN | Y | N | 1 | D M | | NONE | 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



M256-6615-6076-0 AB312

05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

M256-6615-6076-0

PHILIP A MISCIMARRA
5522 S GARFIELD AVE
HINSDALE 60521

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 03 13 86 | 03 07 06 | ██ ██ 56 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 07 | 200 | BRN | BRN | | N | 1 | D | | B | ██ ██ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



P630-2375-4731-0 AB312

05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

P630-2375-4731-0

ELIZABETH S PERDUE
1116 N ELMWOOD AVE
OAK PARK 60302

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 11 06 | 07 11 06 | ■ ■ 54 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | COL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 130 | BRN | HZL | | N | 1 | D | | NONE | ■ ■ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

*Secretary of State*

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S260-4646-2247-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S260-4646-2247-0

JOHN D SHUGRUE
1548 KAYWOOD LANE
GLENVIEW 60025

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 13 99 | 07 03 07 | ██ ██ 62 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 01 | 210 | BRN | GRN | | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*



Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S345-6274-8696-0  AB312

05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S345-6274-8696-0

NINA G STILLMAN
25 E SUPERIOR ST
CHICAGO 60611

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 03 24 78 | 12 26 06 | ▉ ▉ 48 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 151 | BLND | GRN | | N | 1 | D | | B | ▉ ▉ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF | RECORD | * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S362-1706-5039-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S362-1706-5039-0

DANIEL J STRUCK
1542 SHERWOOD RD
HIGHLAND PARK 60035

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 13 07 | 07 13 07 | ▮▮ 65 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 210 | BRN | BRN | | N | 1 | D | | B | ▮▮ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)