## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DIVISION OF ILLINOIS

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:08-cv-2748 |
| v. ) | |
| ) | Judge: Rebecca R. Pallmeyer |
| **CITY OF EAST CHICAGO,** ) | |
| ) | Magistrate Judge: |
| Defendant. ) | Sidney I. Schenkier |

### NOTICE OF MOTION

Please be advised that we will appear on Monday, May 19, 2008 at 9:00 a.m. in Courtroom 2119 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 before the Honorable District Court Judge Rebecca R. Pallmeyer and present the Motion To Substitute An Amended Exhibit C of the Defendant, City of East Chicago, to its Notice Of Removal.

David C. Jensen, #18395
Robert J. Feldt, #14284
**EICHHORN & EICHHORN, LLP**
200 Russell Street
P.O. Box 6328
Hammond, IN 46320
219-931-0560

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: s/Robert J. Feldt
    One of the attorneys for the Defendant,
    City of East Chicago

**CERTIFICATE OF SERVICE**

I, Robert J. Feldt, hereby certify that on the __13th__ day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> F. Thomas Hecht
> Tina B. Solis
> UNGARETTI & HARRIS
> 3500 Three First National Plaza
> Chicago, IL 60602
> fthecht@uhlaw.com
> tbsolis@uhlaw.com

                s/Robert J. Feldt
                Robert J. Feldt