## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Motion of the Defendant, City of East Chicago, to substitute an amended Exhibit C to its notice of removal [6] is granted; Defendant is directed, however, to re-file its Notice of Removal with appropriate redactions. The Clerk is directed to remove the Notice of Removal [1] from the CM/ECF e-filing system.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-02748　Document 9　Filed 05/15/2008　Page 1 of 1

08C2748 Morgan, Lewis & Bockius LLP vs. City of East Chicago　　　　Page 1 of 1