**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF ILLINOIS**

| | | |
|---|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 1:08-cv-2748** |
| **v.** | ) | |
| | ) | **Judge: Rebecca R. Pallmeyer** |
| **CITY OF EAST CHICAGO,** | ) | |
| | ) | **Magistrate Judge:** |
| **Defendant.** | ) | **Sidney I. Schenkier** |

**NOTICE OF MOTION**

Please be advised that we will appear on Tuesday, May 27, 2008 at 8:45 a.m. in Courtroom 2119 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 before the Honorable District Court Judge Rebecca R. Pallmeyer and present the Motion For An Extension Of Time To File Responsive Pleading of the Defendant, City of East Chicago.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: s/Robert J. Feldt
    One of the attorneys for the Defendant,
    City of East Chicago

David C. Jensen, #18395
Robert J. Feldt, #14284
**EICHHORN & EICHHORN, LLP**
200 Russell Street
P.O. Box 6328
Hammond, IN 46320
219-931-0560

## <u>CERTIFICATE OF SERVICE</u>

I, Robert J. Feldt, hereby certify that on the __16<u>th</u>__ day of May, 2008, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such

filing to the following:

> F. Thomas Hecht
> Tina B. Solis
> UNGARETTI & HARRIS
> 3500 Three First National Plaza
> Chicago, IL 60602
> fthecht@uhlaw.com
> tbsolis@uhlaw.com

                             s/Robert J. Feldt_____
                             Robert J. Feldt