

**FILED**

NF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF ILLINOIS

MAY 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | |
| | 08CV 2748 |
| CITY OF EAST CHICAGO, | JUDGE PALLMEYER |
| | MAGISTRATE JUDGE SCHENKIER |
| Defendant. | |

## NOTICE OF REMOVAL

The Defendant, the City of East Chicago, by its attorneys, Eichhorn & Eichhorn, LLP, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files its notice removing this civil action from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, and in support thereof, shows as follows:

1.    A copy of the Complaint filed by the plaintiff, Morgan, Lewis & Bockius, LLP, in Cause No. 2008 L 004013 in the Circuit Court of Cook County, Illinois, Law Division, is attached within as Exhibit A. The plaintiff filed its complaint on April 11, 2008. The defendant, the City of East Chicago, first received a copy of the summons and complaint setting forth the plaintiff's claim for relief on April 16, 2008. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b), in that it is filed within thirty days after receipt of the complaint by the defendant.

2.    Beyond the actions described in paragraph 1 above, no further proceedings have occurred in the Cook Circuit Court. The City of East Chicago contests plaintiff's assertion that the Cook Circuit Court has jurisdiction over the Defendant. (Exhibit A, ¶¶ 7, 8).

3.    Pursuant to 28 U.S.C. § 1447, the removing defendant has caused to be filed in this court all process, pleadings, and orders served upon it or filed with the Clerk of the Cook Circuit

Court. Attached hereto are all pleadings and papers filed in the Cook Circuit Court, including the plaintiff's complaint (See Exhibit A), the summons issued to the named defendant, and a copy of the current Civil Docket from the Cook Circuit Court. (See Exhibit B).

4.    The Plaintiff admits in its Complaint that it is a Pennsylvania limited liability law partnership, having a place of business at 77 West Wacker Drive, Chicago, Illinois 60601. (See Exhibit A, ¶ 9).

5.    As it is a limited liability partnership, the Plaintiff's citizenship for purposes of diversity jurisdiction is the citizenship of its owners, partners, or other principals. This citizenship must be traced through however many layers of partners or members there may be. *Carden v. Arkoma Associates*, 494 U.S. 185, 195 (1990); *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616 (7th Cir. 2002); *Indiana Gas Co. v. Home Ins. Co.*, 141 F.3d 314 (7th Cir. 1998); *Guaranty National Title Co. v. J.E.G. Associates*, 101 F.3d 57 (7th Cir 1996).

6.    Citizenship is synonymous with domicile, and the United States Supreme Court has approved the definition of domicile of an individual as his true, fixed and permanent home and place of habitation. It is the place to which whenever he is absent, the individual has the intention of returning. For reference, the following are relevant to a determination of domicile: year round residence, voter registration, place of filing tax returns, property ownership, driver's license, car registration, marital status, employment, etc. *Vlandis v. Kline*, 412 U.S. 441, 454 (1973) (citing to the Opinion of the Attorney General of the State of Connecticut Regarding Non-Resident Tuition, Sept. 6, 1972 (un-reported)). To establish domicile, one must show physical presence in a state with intent to remain there. *Delinger v. Brennan*, 87 F.3d 214 (7th Cir. 1996).

2

7.     Based upon Defendant's investigation, none of plaintiff's partners, of counsel attorneys, or senior counsel are domiciled in the State of Indiana. All of these individuals are citizens of Illinois, with the exception of one, who is a citizen of Minnesota. Defendant's investigation has revealed that the partners keep their residences within Illinois or Minnesota, and they have connections within those states. A list of Plaintiff's partners, of counsel attorneys, and senior counsel– those persons whose citizenship is relevant in order to establish complete diversity– is attached. (See Exhibit C).

8.     Where no partners of the limited liability company are citizens of Indiana, Plaintiff cannot be a citizen of Indiana for purposes of diversity jurisdiction.

9.     The Plaintiff further admits in its Complaint that the Defendant, City of East Chicago, is a municipality and city of the second class under Indiana law, (Ind. Code § 36-4-5-2, *et seq.*), with its principal offices located at 4525 Indianapolis Boulevard, East Chicago, Indiana 46312. (See Exhibit A, ¶ 10.) The City of East Chicago is a citizen of Indiana.

10.     The matter in controversy exceeds the minimum sum or value required under 28 U.S.C. § 1332(a), as the plaintiff has demanded monies well in excess of the jurisdictional minimum of $75,000. (See Exhibit A, ¶ 6.)

11.     Diversity of citizenship exists in this case, and the amount in controversy exceeds $75,000; therefore this case is subject to this Court's jurisdiction. 28 U.S.C. § 1332.

12.     Upon filing this Notice of Removal, the defendant has given written notice of its filing to the plaintiff as required by law. A copy of this Notice is also being filed with the Clerk of the Cook Circuit Court in Chicago, Illinois, where this case was originally filed.

3

WHEREFORE, the Defendant, City of East Chicago, respectfully prays for removal of the

above-entitled and numbered case from the Circuit Court of Cook County, Illinois, to this Court, and

for all other relief appropriate in the premises.


Respectfully submitted,

**EICHHORN & EICHHORN, LLP**


By: _____

One of the attorneys for the Defendant,
City of East Chicago

David C. Jensen, #18395
Robert J. Feldt #14284
**EICHHORN & EICHHORN, LLP**
200 Russell Street
P.O. Box 6328
Hammond, IN 46320
219-931-0560


4

Exhibit A

Civil Action Cover Sheet - Case Initiation                                    (Rev. 2/8/06) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MORGAN, LEWIS & BOCKIUS LLP

v.                                              No.    2008L004013
                                                      CALENDAR/ROOM Y
CITY OF EAST CHICAGO                                  TIME 00:00
                                                      Breach of Contract

## CIVIL ACTION COVER SHEET - CASE INITITATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the
complaint in all civil actions. The information contained herein is
for administrative purposes only and cannot be introduced into
evidence. Please check the box in front of the appropriate case type
which best characterizes your action. ONLY ONE (1) CASE TYPE
MAY BE CHECKED WITH THIS COVER SHEET.



(FILE STAMP)

Jury Demand  ☑ Yes  ☐ No

## PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
☐ 027  Motor Vehicle
☐ 040  Medical Malpractice
☐ 047  Asbestos
☐ 048  Dram Shop
☐ 049  Product Liability
☐ 051  Construction Injuries
       (including Structural Work Act, Road
       Construction Injuries Act and negligence)
☐ 052  Railroad/FELA
☐ 053  Pediatric Lead Exposure
☐ 061  Other Personal Injury/Wrongful Death
☐ 063  Intentional Tort
☐ 064  Miscellaneous Statutory Action
       *(Please Specify Below**)*
☐ 065  Premises Liability
☐ 078  Fen-phen/Redux Litigation
☐ 199  Silicone Implant

## COMMERCIAL LITIGATION
CASE TYPES:
☑ 002  Breach of Contract
☐ 070  Professional Malpractice
       (other than legal or medical)
☐ 071  Fraud
☐ 072  Consumer Fraud
☐ 073  Breach of Warranty
☐ 074  Statutory Action
       *(Please Specify Below**)*
☐ 075  Other Commercial Litigation
       *(Please Specify Below**)*
☐ 076  Retaliatory Discharge

## TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
☐ 007  Confession of Judgment
☐ 008  Replevin
☐ 009  Tax
☐ 015  Condemnation
☐ 017  Detinue
☐ 029  Unemployment Compensation
☐ 036  Administrative Review Action
☐ 085  Petition to Register Foreign Judgment
☐ 099  All Other Extraordinary Remedies

## OTHER ACTIONS
CASE TYPES:
☐ 062  Property Damage
☐ 066  Legal Malpractice
☐ 077  Libel/Slander
☐ 079  Petition for Qualified Orders
☐ 084  Petition to Issue Subpoena
☐ 100  Petition for Discovery

** _____

By: _____
        (Attorney)              (Pro Se)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



## IN THE CIRCUIT COURT OF COOK COUNTY
### LAW DIVISION

MORGAN, LEWIS & BOCKIUS LLP,    )
                                )
    Plaintiff,             )    APR 1 5 2008
                                )
    v.                     )    No.
                                )
CITY OF EAST CHICAGO,           )    __JURY DEMAND__
                                )
    Defendant.             )

### COMPLAINT

Plaintiff, Morgan, Lewis & Bockius LLP ("Morgan Lewis"), as and for its complaint,

respectfully states as follows:

### INTRODUCTION AND BACKGROUND

1.      This civil action arises from Defendant City of East Chicago's (the "City" or

"East Chicago") refusal to pay the agreed legal fees charged and disbursements advanced by

Morgan Lewis in connection with Morgan Lewis' representation of the City in approximately 40

matters including cases alleging civil rights violations, breaches of contract, and various other

matters. Morgan Lewis sues to remedy the City's breach of its obligation to pay these fees and

disbursements.

2.      The Chicago office of Morgan Lewis was sought out by East Chicago in order to

defend against multiple legal proceedings brought by law firms associated with a prior

administration that lost a vigorously contested election in 2004. The filing of these multiple

actions was intended to disrupt and paralyze a newly elected East Chicago Mayor and his staff.

Roughly 40 individual matters – all sharply contested – required politically independent and

experienced counsel to respond to each matter effectively and prevent the cases, collectively,

from paralyzing City government.

1136768-2

3.    When the City came to Morgan Lewis and negotiated the retention, the scope of the effort and its potential expense were well known. The potential impact of losing required a substantial commitment. These issues were extensively discussed at multiple meetings in Chicago.

4.    Morgan Lewis was highly successful in its defense of the City. Within two years, many of the cases were resolved in the City's favor either at trial or on dispositive motions. Many millions of dollars in claims against new City officers were defeated as were claims for punitive damages and attorneys fees. The effort to disrupt the new administration was forestalled.

5.    At no time did the City ever complain about the services it was provided by Morgan Lewis. At no time were there specific complaints about staffing or billing. In the summer of 2007, after the bulk of the matters had been resolved or were pending on motions before various courts, East Chicago elected to replace Morgan Lewis with less expensive counsel. Morgan Lewis facilitated the transfer to the new firm without protest or controversy. Indeed, Morgan Lewis worked closely with the new firm to ensure that the City's interests were protected. For its part, the City repeatedly promised Morgan Lewis that the firm would be paid all outstanding sums due.

6.    Despite these continuing assurances, the City has not paid Morgan Lewis what is due. It now appears that, while making these assurances, the City at some point decided that it would not pay Morgan Lewis its full fees despite a clear contractual obligation to do so and repeated promises to that effect. Efforts to resolve the matter have proven unsuccessful. The total due Morgan Lewis exceeds $3.2 million plus interest.

## JURISDICTION AND VENUE

7.    The Court has jurisdiction over the subject matter of this lawsuit. This Court has long arm jurisdiction over the Defendant City by virtue of its substantial contacts with Cook County specific to this matter. The contract at issue was sought, negotiated and performed in Cook County. The City and its representatives travelled to Chicago and retained Morgan Lewis precisely because of its Chicago location and its independence from the political disputes of East Chicago.   The City frequently contacted Morgan Lewis in Chicago and participated in conferences and conversations in Chicago.   There were hundreds of such conversations and conferences over two years involving emails, telephone and fax transmissions.  East Chicago representatives met with Morgan Lewis in Chicago on a variety of occasions.  Virtually all of the legal work other than court appearances was performed in Chicago.  Expert witness interviews were conducted in Chicago in connection with transfer station case and Chicago experts were retained by the law firm on behalf of the City.  Payments on the contract were made in Chicago, i.e. checks were made out to Morgan Lewis at its Chicago address and often delivered to that address.  The files for each of the matters were kept in Chicago.  East Chicago forwarded the documents and other materials necessary to the cases to Chicago.  Paralegals located in Chicago performed much of the file organization and data recovery work.  East Chicago was given access to the Chicago based litigation data base operated by Morgan Lewis and frequently accessed that resource.

8.    This Court also has long arm jurisdiction over East Chicago by virtue of its substantial contacts more generally with the State of Illinois.  The City has sought out, solicited, and retained multiple vendors in Illinois that also constitutes doing business in Illinois.

1136768-2                                                              3

## THE PARTIES

9.   Morgan Lewis is a Pennsylvania limited liability law partnership, having a place of business at 77 West Wacker Drive, Chicago, Illinois 60601.

10.   Defendant City of East Chicago is a municipality and city of the second class under Indiana law (I.C. §36-4-5-2 et seq. with its principal offices located at 4525 Indianapolis Boulevard, East Chicago, Indiana 46312. East Chicago may be sued in Illinois for its failure to abide by contracts and other misconduct.

## FACTS

### A.   The City Retains Morgan Lewis

11.   Beginning in 2005, the City retained Morgan Lewis to represent it and numerous individuals with respect to various matters brought against the City in federal and state courts, or in connection with legal advice sought by the City. As described above, East Chicago believed that the selection of Chicago counsel was important because of the political context of the disputes. The following is a list of the matters for which Morgan Lewis was retained:

| Morgan Lewis Matter No. | Matter Name |
| --- | --- |
| 064209-0001 | General Labor |
| 064209-0002 | DeLaCruz v. Pabey, et al., Case No. 2:05-CV-192 (U.S.D.C. N.D. Ind.) |
| 064209-0003 | Mrvan v. City of East Chicago, Cause No. 45D04-506-CC-118 (Lake County Indiana Superior Court) |
| 064209-0004 | J. Valdez III v. Pabey, et al., Case No. 2:05-CV-190 (U.S.D.C. N.D. Ind.) |
| 064209-0005 | Skrundz v. Pabey, et al., Case No. 2:05-CV-189 (U.S.D.C. N.D. Ind.) |
| 064209-0006 | Ramos v. Pabey, et al., Case No. 2:05-CV-189 (U.S.D.C. N.D. Ind.) |
| 064209-0007 | Hurubean v. Pabey, et al., Case No. 2:05-CV-187 (U.S.D.C. N.D. Ind.) |
| 064209-0008 | Knight v. Pabey, et al., Case No. 2:05-CV-191 |

| | |
|---|---|
| | (U.S.D.C. N.D. Ind.) |
| 064209-0010 | R. Valdez v. Pabey, et al., Case No. 2:05-CV-255 (U.S.D.C. N.D. Ind.) |
| 064209-0011 | Lewis v. City of East Chicago, et al., Case No. 2:05-CV-275 (U.S.D.C. N.D. Ind.) |
| 064209-0012 | Garcia, et al., v. Pabey, et al., Case No. 2:05-CV-217 (U.S.D.C. N.D. Ind.) |
| 064209-0013 | M. Sanders v. City of East Chicago, et al., Case No. 2:05-CV-276 (U.S.D.C. N.D. Ind.) |
| 064209-0014 | Santiago v. City of East Chicago, et al., Case No. 2:05-CV-282 (U.S.D.C. N.D. Ind.) |
| 064209-0015 | Tapia v. Pabey et al., Case No. 2:05-CV-175 (U.S.D.C. N.D. Ind.) |
| 064209-0016 | Lake County Transfer, Inc., et al. v. City of East Chicago, et al., Cause No. 45D11-0602-PL-0025 (Lake County Indiana Superior Court) |
| 064209-0017 | Appellate Court City of East Chicago, et al. v. Lake County |
| 064209-0018 | E. Duwar v. City of East Chicago, et al., Case No. 2:05-CV-391 (U.S.D.C. N.D. Ind.) |
| 064209-0019 | H. Lopez v. Pastrick et al., Case No. 2:05-CV-452 (U.S.D.C. N.D. Ind.) |
| 064209-0020 | H. Lopez v. Ruff et al., Cause No. 45D11-0510-PL-00124 (Lake County Indiana Superior Court) |
| 064209-0021 | General Contractual Matters |
| 064209-0022 | Camarillo, et al. v. Pabey, et al., Case No. 2:05-CV-455 (U.S.D.C. N.D. Ind.) |
| 064209-0023 | Austin v. Pabey, et al., Case No. 2:05-CV-454 (U.S.D.C. N.D. Ind.) |
| 064209-0024 | Camacho v. Pabey, et al., Case No. 2:05-CV-456 (U.S.D.C. N.D. Ind.) |
| 064209-0025 | Michael Earnesto Lopez and Frank Morin v. George Pabey |
| 064209-0026 | FOIA Counseling |
| 064209-0027 | Vercel v. Pabey, et al., Case No. 2:06-CV-090 (U.S.D.C. N.D. Ind.) |
| 064209-0028 | S. Sanders v. City of East Chicago, et al., Cause No. 45D01-0601-CT-019 (Lake County Indiana Superior Court) |

| 064209-0029 | L. Duwar v. Pabey, et al., Case No. 2:06-CV-101 (U.S.D.C. N.D. Ind.) |
| 064209-0030 | Policy Procedures |
| 064209-0031 | Kollintzas, et al. v. Pabey, et al., Case No. 2:06-CV-040 |
| 064209-0032 | Austin-Ridle v. Pabey, et al., Case No. 2:06-CV-182 (U.S.D.C. N.D. Ind.) |
| 064209-0035 | James M. Rajchel |
| 064209-0036 | East Chicago Second Century Inc. v. RIH Acquisitions IN LLC |
| 064209-0037 | Response to Auditors Inquiries |
| 064209-0038 | City of East Chicago v. Smith & DeBonis |
| 064209-0039 | Anthony Copeland v. City of East Chicago |

12.    The lawsuits sought many millions of dollars in actual and punitive damages. The lawsuits also asked that the courts require the City to pay the legal fees of the attorneys bringing these cases against the City. These were complex, fact intensive, and deeply adversarial proceedings. Because many of them raised similar issues, it was critical for the City to win repeatedly. This required sophisticated senior counsel.

13.    In addition to numerous political discrimination civil rights cases, the City asked Morgan Lewis to represent its interests in a variety of other matters including:

(a)    A dispute in which the City attempted to terminate its contract with a contractor operating the City's waste transfer station. This matter involved extensive discovery and motion practice, appellate proceedings, and a (successful) petition for leave to appeal to the Indiana Supreme Court.

(b)    Advising and defending the City in numerous Freedom Of Information Act disputes initiated by additional opponents of the new administration. These were important to respond to properly in order to preserve privilege and to protect the City's litigation position.

(c)    Counseling with respect to the City's employment policies.

(d)    Assisting the City with auditor inquiries.

14.    Although the retention involved numerous individual matters, there was an overall agreement that controlled the relationship (the "Agreement"). This overall Agreement was reflected in each of the individual retention agreements the parties executed for each matter. True and correct copies of the engagement letters for individual matters are attached hereto as Exhibit A.

15.    Pursuant to the Agreement, Morgan Lewis charged for services at agreed rates (periodically adjusted) plus disbursements incurred in connection with any particular matter. The Morgan Lewis rates were fully disclosed to the City and its agents. East Chicago was provided with a discount off standard Morgan Lewis billing rates.

16.    Pursuant to the Agreement, Morgan Lewis provided the City with monthly statements of fees charged for services rendered by Morgan Lewis to the City and related disbursements (the "Monthly Invoices").

### B.    Morgan Lewis Provides Services

17.    Beginning in April, 2005 and continuing through December 2007, Morgan Lewis provided substantial and skilled legal services to the City. Talented attorneys at Morgan Lewis were made available to East Chicago to defend against the actions and rendered a host of services, including pleading, discovery, dispositive motion practice, trial and appellate work. These services were provided in both the Indiana and federal courts. Employment counsel was also made available to East Chicago. East Chicago enthusiastically consented to all of this.

### C.    The Payment History

18.    For the first year of the relationship, invoices were sent out and payments made without serious incident or complaint. Payments to Morgan Lewis began to falter, however, in the Spring and Summer of 2006. In September of 2006, Morgan Lewis offered East Chicago a

$100,000 discount for payments of invoices through June 2006. The City took the law firm's offer and made payments on invoices through June, 2006. No further payments were received until December 2006, when the City paid certain invoices for August 2006. Despite repeated requests to bring other payments current, the City did not do so.

19.     Despite these delays in payment, Morgan Lewis faithfully and fully rendered all services to the City in connection with the litigation and other matters reflected in the Monthly Invoices. Morgan Lewis continued to provide substantial legal services so that the City's interests would be protected in the host of cases brought against it. The City repeatedly promised that Morgan Lewis would be paid for its services. The City actively encouraged Morgan Lewis to continue providing services, assuring the firm that it would be made whole.

**D.     City Repeatedly Promises That It Will Pay Morgan Lewis' Outstanding Fees; Morgan Lewis Continues to Provide Legal Services To The City.**

20.     By December 2006, a pattern began to emerge: (a) East Chicago delinquency, followed by (b) requests for payment by Morgan Lewis, followed by (c) a City promise "to investigate," but, ultimately, (d) no payment despite the growing intensity of the litigation.

21.     On December 3, 2006, Chicago Morgan Lewis attorney Charles Jackson ("Jackson") wrote to East Chicago's Corporation Counsel Carmen Fernandez ("Fernandez") regarding the City's then outstanding balance of fees of $881,815.25. By email that same day, Fernandez wrote that "I will see [City Controller] Charlie [Pacurar] tomorrow and inquire why so many bills are so far behind."

22.     On December 14, 2006, in response to Jackson's further inquiries by email, Fernandez wrote, "Sorry, Chuck, I thought I had gotten back to you. In order to balance the books at the end of the year, no PO's (and therefore no checks) are issued in December. There should be activity immediately after the first of the year, and I think you guys are first in line."

23.    A statement of account for outstanding Morgan Lewis invoices as of January 9, 2007 was mailed to Corporation Counsel Fernandez in January, 2007. This statement showed a total outstanding balance of $1,493,792.58. The City did not object or otherwise challenge the sums due.

24.    On February 10, 2007, Jackson again wrote Fernandez to inquire about the status of payments and the need to catch up on the City's large outstanding balance owed to Morgan Lewis. Fernandez wrote back, "Chuck, I'll call [City Controller] Charlie [Pecurar] today and follow up on Monday." On February 13, 2007, Fernandez wrote again, "Chuck, it's my understanding $200,000 is already in the chute. I'll try to get it approved and a check out asap." That same day, on February 13, 2007, Jackson wrote, "Thanks, Carmen. I know it is a lot but we're trying to get more current." Fernandez wrote back: "So are we!" Neither Fernandez nor anyone else at the City complained about Morgan Lewis' work or otherwise challenged the sums due.

25.    On February 21, 2007, Jackson wrote Corporation Counsel Fernandez again, "Carmen, can you let me know the status? Thanks. Chuck." On February 26 and 27, 2007, Morgan Lewis received checks in the amount of $292,290.26 from the City applicable to invoices for August 2006 services. Around the same date Fernandez told Jackson that the City expected to receive a cash influx in approximately April, 2007 and that additional large payments toward the outstanding balance would be made shortly thereafter.

26.    Morgan Lewis relied upon these representations. Morgan Lewis provided extensive legal services to the City due to extremely high levels of activity in the City cases in 2007. Failing to have done so would have been disastrous for the City. Throughout this time period, Morgan Lewis kept Fernandez fully informed of all activities undertaken by Morgan

1136768-2                                                9

Lewis on behalf of the City in these cases. At no time did the City or its Corporation Counsel ever advise Morgan Lewis that it should not continue to defend nor were there any complaints with regard to the substance of Morgan Lewis' work.

27.    On March 8, 2007, Jackson informed Fernandez that Morgan Lewis' management had asked for an estimate of when some of the outstanding invoices would be addressed by the City. By email of that same day, Fernandez wrote, "I will definitely follow that up." During March 2007, a statement of account as of March 12, 2007, was mailed to Fernandez. This statement reflected total outstanding invoices of $1,876,055.56. The City did not object or otherwise challenge the sums due.

28.    In order to lighten the burden on the City, Morgan Lewis proposed that East Chicago become current over 90 days. On March 14, 2007, Jackson wrote Fernandez, informing her that he had not "heard anything from [Controller] Charlie [Pecurar] or [financial advisor] Jim [Bennett]." That same day, Fernandez responded, "Chuck, the Controller's staff is still comparing their records with the docs you forwarded. I will try to get a response today on your 90-day proposal, *which they should agree is very reasonable.*" (emphasis added) Shortly thereafter, Fernandez informed Jackson that the next payment Morgan Lewis would receive would be in a month or so, approximately mid-April. This payment was never made.

29.    On April 7, 2007, Jackson requested an estimate of the time whey payments would arrive. Fernandez responded on April 9, 2007, "Chuck, sorry about the delay last week, but my blackberry crashed again and this time for good. I will check with [financial advisor] Bennett and [Controller] Charlie [Pecurar] again to see what's going on." The Morgan Lewis statement of account provided to the City as of April 9, 2007, reflected that the City's total

outstanding invoices amounted to $2,318,204.74. Again, the City did not object or otherwise challenge the sums due.

30.    On April 12, 2007, Jackson inquired whether financial advisor Bennett and Controller Pecurar had anything they could say concerning the estimated time of when payments would be made. On April 13, 2007, Fernandez replied, "Chuck, it appears the ML will be paid in May immediately after the dust settles. *I have the Controller's word on that.*" (emphasis added)

31.    On May 12, 2007, attorney Jackson again wrote Corporation Counsel Fernandez, asking that Controller Pecurar and financial advisor Bennett address Morgan Lewis' oldest invoices as soon as possible. Fernandez responded, "Chuck, everything is on a fast track now. I'll give you an eta this week." About that time, the statement of account dated May 15, 2007, was mailed to Fernandez showing total outstanding invoices to be $2,538,903.18. Again, the City did not object or otherwise challenge the sums due.

32.    On May 20, 2007, Jackson asked if there were anything he could report to Morgan Lewis management about the timing of expected payments. Fernandez responded that same day, "We'll know something tomorrow." When Jackson had not heard anything by May 21, he again wrote to Fernandez and financial advisor Bennett on May 22, 2007, "Carmen, Jim, can you call?"

33.    On May 22, 2007, Fernandez responded, "Chuck . . . $175,000 is in the chute for Morgan Lewis, so I there [sic] should be a check available on Thursday . . . *I will make sure checks keep coming on a regular basis, no matter how large or small.*" (emphasis added) Jackson responded: "Thanks, Carmen. May we pick up the check on Thursday? As to the rest,

let's talk later in the week, ok? Chuck." Fernandez responded, "I don't see why not, but call first so I can make sure your check is cut Thursday and not Friday."

34.     On May 24, 2007, Fernandez wrote, "Chuck, its like pulling teeth. Please see below." The email forwarded by Fernandez included an email from Nneka Robinson to Fernandez of May 24 in which Robinson wrote, "Elsie has the paperwork that you require re: Morgan Lewis, $126,154.11 is available for payment." Fernandez responded to this email a few minutes later, "Does that mean we can get a check for ML today?" A few minutes after that, Robinson wrote back, "No check can be issued until next week. She's just verifying what is available and what will be paid. It still has to be represented to the Board of Works and the next check run is not until June 13th."

35.     On June 4, 2007, Jackson again asked: "Carmen, do you have any info? Chuck." On June 9, Jackson wrote Fernandez again, "Carmen, can you and [financial advisor] Jim [Bennett] confirm the info below [referring to Fernandez's May 24, 2007 email] that we can pick up the check on June 13? Also, can we make arrangements that our oldest invoices going back to 06 can be paid by July 1? . . . I really need this addressed. Chuck." The promised $126,154.11 payment was never made.

36.     Though the precise date is not known to Morgan Lewis, in the late Spring or early Summer of 2007, the City decided it would not pay Morgan Lewis and yet concealed this fact from Morgan Lewis. Corporation Counsel Fernandez either knew of this fact or was recklessly indifferent to the consequences of her representations, or was, herself, kept in the dark by her superiors at the City. The City frequently provided an array of excuses – slow tax revenues, political sensitivity, upcoming elections – to deflect Morgan Lewis from pursuing its right to be paid and to keep Morgan Lewis working on the matters for which the firm had been retained.

### E.    Morgan Lewis is Replaced.

37.    In the Spring of 2007, East Chicago requested that the non-civil rights cases be transferred to a lower cost provider given the expected increase in Morgan Lewis' billing rates. In late June 2007, City Controller Pacurar finally contacted Jackson and advised him that Morgan Lewis was being replaced with a less expensive firm (the "Kroger firm") to handle the remaining diminishing workload consisting primarily of civil rights cases.  Pacurar also told Jackson that he would call Jackson back that day or the next regarding when the next checks would be issued to Morgan Lewis.  At no time did Pacurar express any dissatisfaction with any or Morgan Lewis' work.  Nor did he suggest that overdue invoices would not be paid.  Indeed, it was expressly agreed that Morgan Lewis would continue to work on many of the cases and slowly transition work to the Kroger firm.

38.    Shortly thereafter, Jackson and Fernandez spoke about transition issues and also about payment of Morgan Lewis' outstanding invoices.  Fernandez unequivocally promised Jackson that Morgan Lewis would be paid in full.  It also was agreed that Morgan Lewis would take the lead in filing a petition for attorney's fees in one or more of the civil rights cases filed against the City, despite the entry of appearances by the Kroger firm.

39.    On July 6, 2007, Jackson asked Fernandez to have Controller Pacurar call regarding when a payment on outstanding invoices would be received by Morgan Lewis. Fernandez responded: "Thanks, Chuck, and sorry about the email issues again.  I've sent [Controller] Charlie [Pecurar] and [financial advisor] Bennett an email reminding them again but feel free to call them directly at 219.391.3220 . . . Please contact me again this afternoon if you haven't heard from somebody in controller's office by 3 pm." Later, on July 6, Fernandez wrote

Jackson again, "Chuck . . . I think it's possible that we can get something going on Monday, approved on Wed, and cut on Thurs or Fri. I promise to follow the money."

40.    On July 13, 2007, when no payment had been received, Jackson asked for an update. Fernandez replied that day, "Chuck, I'll have [financial advisor] Bennett call you tomorrow."

41.    On July 17, 2007, William Porter of Morgan Lewis' finance group wrote Fernandez regarding the outstanding receivables from the City and attached a then-current statement of account showing the balance due of $2,922,938.74. Porter requested a meeting with financial advisor Bennett and Controller Pacurar to better understand the details of how the City would be making payment. That same day, Fernandez responded: "Gentlemen, Jim Bennett and I will call you tomorrow at 9:15. Thank you for your patience. Carmen." The City did not object to the statement of account.

42.    On July 18, 2007, a teleconference took place between Corporation Counsel Fernandez, financial advisor Bennett, Jackson, Porter and Tom Kocher regarding the City's plans for payment of Morgan Lewis' outstanding fees. The City acknowledged that it owed the money and suggested that payments be made by a special bond issue. For the first time in the entire relationship between the City and Morgan Lewis, Fernandez asked Morgan Lewis to reconsider the level of fees on some of its outstanding statements. Porter and Kocher emphasized that Morgan Lewis did not believe any reduction was warranted, but would consider selected reductions in exchange for a gesture of good faith by the City in the form of a substantial payment. Bennett stated that he would seek approval of a payment of $250,000 to the law firm towards its indebtedness to Morgan Lewis.

43.    As with prior commitments and promises, this, too turned out to be false.  No payment was made; no special bond issue ever was consummated.  When Jackson again asked for information on a payment schedule, Fernandez responded, "Chuck, EVERYBODY is out of town now (yes, even Bennett has abandoned me).  Can we talk by phone tomorrow, please?  Bond issue letter is forthcoming.  Unfortunately, the attorney working on it (Kroger's Tricia Leminger) had family emergencies in Michigan and California."

44.    On August 1st, 6th and 8th, Morgan Lewis again wrote Fernandez and financial advisor Bennett to confirm that Morgan Lewis was on track to receive a $250,000 payment by mid-August as had previously been promised.  On August 8, Fernandez replied, "Gentlemen, first of all, thank you for your patience.  We are on track for the city council's approval of the $250,000 payment on August 13, 2007, and arrangements are being made to have the check ready to go upon approval . . . We really are doing the best we can, as fast as we can – I promise you.  Thanks again, Carmen."

45.    Importantly, during this time Morgan Lewis continued to provide critical services to the City in various of the cases.  It did so in reliance on the City's promises of impending payment.

46.    On August 22, 2007, Jackson sent Fernandez, Pacurar and Bennett a letter supporting Morgan Lewis' view why its fees to date were justified given the level and seriousness of the litigation the firm was asked to handle on behalf of the City.  The letter concluded by requesting a meeting with Fernandez, Pacurar and Bennett to finalize a resolution regarding Morgan Lewis' outstanding fees owed by the City.  A true and correct copy of the letter is attached as Exhibit B.

47.    On September 7, 2007, Fernandez advised Morgan Lewis that Pecurar and Bennett were recommending to the Mayor that no further payments to Morgan Lewis be made.

48.    Jackson again wrote Fernandez requesting a meeting to discuss Morgan Lewis' outstanding fees. On September 10, 2007, Fernandez provided Jackson with a written billing review for Morgan Lewis' statements for September, 2006 through March, 2007 by attorney J. Charon who had absolutely no involvement in the case, reviewed only a limited number of cases and never asked for nor undertook any review of Morgan Lewis files. Nor did he speak with any Morgan Lewis attorney who actually provided services to East Chicago. It clearly was an after-the-fact construction to justify the City's decision to breach its obligations to Morgan Lewis. It did not cover the majority of invoices at issue; it was done at the request of the City to justify its position; it was, in fact, a strikingly superficial effort.

49.    Despite her comments on September 7, on September 10, Fernandez promised Jackson that a "good faith" payment would be in hand "this week." The payment never came. Repeatedly, Morgan Lewis sought a meeting to discuss payment of its fees, and to otherwise explore amicable resolution. The City never responded.

50.    Throughout the remainder of September, October and November, Morgan Lewis continued to protect the interests of the City in various of the cases and continued to seek some resolution. The City ignored the law firm, refusing to return phone calls or respond to emails.

51.    On November 30, 2007 Morgan Lewis advised the City that if it did not hear from the City it would withdraw from all work and forwarded a proposed motion. On December 5, 2007, Jackson wrote Fernandez, asking if she or the Kroger firm had any comments on the proposed motion to withdraw. No response was received from either Fernandez or the Kroger firm. On December 7, 2007, Morgan Lewis filed motions to withdraw in the following cases:

| 064209-0004 | J. Valdez III v. Pabey, et al., Case No. 2:05-CV-190 (U.S.D.C. N.D. Ind.) |
| 064209-0012 | Garcia, et al. v. Pabey, et al., Case No. 2:05-CV-217 (U.S.D.C. N.D. Ind. |
| 064209-0010 | R. Valdez v. Pabey, et al., Case No. 2:05-CV-255 (U.S.D.C. N.D. Ind.) S. |
| 064209-0014 | Santiago v. City of East Chicago, et al., Case No. 2:05-CV-282 (U.S.D.C. N.D. Ind.) |
| 064209-0019 | Lopez, et al. v. Pabey, et al., Case No. 2:05-CV-453 (U.S.D.C. N.D. Ind.) |
| 064209-0032 | Austin-Ridle v. Pabey, et al., Case No. 2:06-CV-182 (U.S.D.C. N.D. Ind.) |
| 064209-0031 | Kollintzas, et al. v. Pabey, et al., Case No. 2:06-CV-040 |
| 064209-0002 | DeLaCruz v. Pabey, et al., Case No. 2:05-CV-192 (U.S.D.C. N.D. Ind. |

52.    Morgan Lewis's Motions to Withdraw were granted on December 10, 2007 in the following cases:

| 064209-0004 | J. Valdez III v. Pabey, et al., Case No. 2:05-CV-190 (U.S.D.C. N.D. Ind.) |
| 064209-0012 | Garcia, et al. v. Pabey, et al., Case No. 2:05-CV-217 (U.S.D.C. N.D. Ind.) |
| 064209-0010 | R. Valdez v. Pabey, et al., Case No. 2:05-CV-255 (U.S.D.C. N.D. Ind.) |
| 064209-0032 | Austin-Ridle v. Pabey, et al., Case No. 2:06-CV-182 (U.S.D.C. N.D. Ind.) |
| 064209-00031 | Kollintzas, et al. v. Pabey, et al., Case No. 2:06-CV-040 |

53.    Morgan Lewis's Motions to Withdraw were granted in the following cases on January 14, 2008:

| 064209-0014 | Santiago v. City of East Chicago, et al., Case No. 2:05-CV-282 (U.S.D.C. N.D. Ind.) |
| 064209-0002 | DeLaCruz v. Pabey, et al., Case No. 2:05-CV-192 (U.S.D.C. N.D. Ind.) |
| 064209-0019 | Lopez, et al. v. Pabey, et al., Case No. 2:05-CV-453 (U.S.D.C. N.D. Ind.) |

F.    **Sums Due**

54.    A true and correct copy of the Summary of unpaid Monthly Invoices is attached hereto as Exhibit C.  The unpaid fees set forth in the Summary are in the aggregate amount of $3,112,810.23 together with disbursements in the aggregate amount of $138,877.96, for a total of

$3,251,688.19. The unpaid fees and disbursements charged by Morgan Lewis were allocated to the separate services it provided to the City as follows:

| ML&B Matter No. | Matter Name | Remaining Unpaid Fees | Remaining Unpaid Disbursements |
|---|---|---|---|
| 064209-0001 | General Labor | $40,588.00 | $1,044.09 |
| 064209-0002 | DeLaCruz v. Pabey, et al., Case No. 2:05-CV-192 (U.S.D.C. N.D. Ind.) | $45,203.50 | $2,240.13 |
| 064209-0003 | Mrvan v. City of East Chicago, Cause No. 45D04-0506-CC-118 (Lake County Indiana Superior Court) | $158,909.50 | $6,161.18 |
| 064209-0004 | J. Valdez III v. Pabey, et al., Case No. 2:05-CV-190 (U.S.D.C. N.D. Ind.) | $557,537.73 | $20,740.43 |
| 064209-0005 | Skrundz v. Pabey, et al., Case No. 2:05-CV-189 (U.S.D.C. N.D. Ind.) | $62,956.50 | $1,945.00 |
| 064209-0006 | Ramos v. Pabey, et al., Case No. 2:05-CV-189 (U.S.D.C. N.D. Ind.) | $58,640.00 | $2,315.10 |
| 064209-0007 | Hurubean v. Pabey, et al., Case No. 2:05-CV-187 (U.S.D.C. N.D. Ind.) | $75,858.50 | $4,722.55 |
| 064209-0008 | Knight v. Pabey, et al., Case No. 2:05-CV-191 (U.S.D.C. N.D. Ind.) | $58,536.50 | $1,625.58 |
| 064209-0010 | R. Valdez v. Pabey, et al., Case No. 2:05-CV-225 (U.S.D.C. N.D. Ind.) | $44,738.50 | $2,245.04 |
| 064209-0011 | Lewis v. City of East Chicago, et al., Case No. 2:05-CV-275 (U.S.D.C. N.D. Ind.) | $19,386.00 | $214.72 |
| 064209-0012 | Garcia, et al. v. Pabey, et al., Case No. 2:05-CV-217 (U.S.D.C. N.D. Ind.) | $57,549.00 | $2,803.46 |
| 064209-0013 | M. Sanders v. City of East Chicago, et al., Case No. 2:05-CV-276 (U.S.D.C. N.D. Ind.) | $101,641.00 | $2,503.08 |
| 064209-0014 | Santiago v. City of East Chicago, et al., Case No. 2:05-CV-282 (U.S.D.C. N.D. Ind.) | $158,851.50 | $6,315.33 |
| 064209-0015 | Tapia v. Pabey et al., Case No. 2:05-CV-175 (U.S.D.C. N.D. Ind.) | $283,619.00 | $15,644.05 |
| 064209-0016 | Lake County Transfer, Inc. et al. v. City of East Chicago, et al., Cause No. 45D11-0602-PL-0025 (Lake County Indiana Superior Court) | $435,901.00 | $28,116.29 |
| 064209-0017 | Appellate Court City of East Chicago et al. v. Lake County | $43,375.00 | $640.92 |
| 064209-0018 | E. Duwar v. City of East Chicago, et al., Case No. 2:05-CV-391 (U.S.D.C. N.D. Ind.) | $110,032.00 | $4,183.48 |
| 064209-0019 | H. Lopez v. Pastrick et al., Case No. 2:05-CV-452 (U.S.D.C. N.D. Ind.) | $19,852.50 | $407.59 |
| 064209-0020 | H. Lopez v. Ruff et al., Cause No. 45D11-0510-PL- | $46,307.50 | $1,367.12 |

| ML&B Matter No. | Matter Name | Remaining Unpaid Fees | Remaining Unpaid Disbursements |
|---|---|---|---|
| | 00124 (Lake County Indiana Superior Court) | | |
| 064209-0021 | General Contractual Matters | $1,360.00 | $9.01 |
| 064209-0022 | Camarillo et al. v. Pabey, et al. Case No. 2:05-CV-455 (U.S.D.C. N.D. Ind.) | $91,395.50 | $4,897.25 |
| 064209-0023 | Austin v. Pabey, et al., Case No. 2:05-CV-454 (U.S.D.C. N.D. Ind.) | $17,138.00 | $3,102.53 |
| 064209-0024 | Camacho v. Pabey, et al., Case No. 2:05- CV-456 (U.S.D.C. N.D. Ind.) | $17,539.50 | $1,190.42 |
| 064209-0025 | Michael Earnesto Lopez and Frank Morin v. George Pabey | $44,431.50 | $1,277.50 |
| 064209-0026 | FOIA Counseling | $51,057.50 | $280.63 |
| 064209-0027 | Vercel v. Pabey, et al., Case No. 2:06-CV-090 (U.S.D.C. N.D. Ind.) | $166,415.50 | $10,418.24 |
| 064209-0028 | S. Sanders v. City of East Chicago, et al., Cause No. 45D01-0601-C5-019 (Lake County Indiana Superior Court) | $17,511.50 | $2,860.78 |
| 064209-0029 | L. Duwar v. Pabey, et al., Case No. 2:06-CV-101 (U.S.D.C. N.D. Ind.) | $50,438.00 | $1,354.21 |
| 064209-0030 | Policy Procedures | $37,790.50 | $238.69 |
| 064209-0031 | Kollintzas, et al. v. Pabey, et al., Case No. 2:06-CV-040 | $155,560.00 | $5,649.77 |
| 064209-0032 | Austin-Ridle v. Pabey, et al., Case No. 2:06-CV-182 9U.S.D.C. N.D. Ind.) | $35,677.00 | $1,323.07 |
| 064209-0033 | William Rosas Jr. Arbitration Grievance 12419 | $504.00 | $0.00 |
| 064209-0034 | Timothy Scibor Arbitration Grievance | $784.00 | $0.00 |
| 064209-0035 | James M. Rajchel | | |
| 064209-0036 | East Chicago Second Century Inc. v. RIH Acquisitions IN LLC | $2,432.00 | $9.96 |
| 064209-0037 | Response to Auditors Inquiries | $3,591.00 | $6.96 |
| 064209-0038 | City of East Chicago v. Smith & DeBonis | $27,507.00 | $880.86 |
| 064209-0039 | Anthony Copeland v. City of East Chicago | $9,488.50 | $99.24 |
| 064209-0040 | Real Estate | $2,436.00 | $43.70 |
| | TOTAL: | $3,112,810.23 | $138,877.96 |

## COUNT I

## (Breach of Contract and the Duty to Perform in Good Faith)

55.    Morgan Lewis realleges and incorporates by reference herein the allegations of paragraphs 1 through 54.

56.     The retention agreement entered into and performed in Chicago required Morgan Lewis to provide extensive legal services to the City in exchange for payment of the fees fully disclosed to the City. Morgan Lewis performed such services and, as required by the retention agreement, provided monthly invoices that included the tasks performed on each matter, the staffing on each matter, the hours devoted to each task and the total fee for each matter. For its part, Morgan Lewis fully performed the Agreement.

57.     For its part, the City repeatedly disregarded and breached its obligations by failing to pay Morgan Lewis the sums due. Worse, the City repeatedly misled Morgan Lewis about its intention to pay Morgan Lewis for its legal services.

58.     Contracts, like the one at issue here, contain an implied covenant of good faith that obligates a party to conduct itself honestly and deal with the other party to the agreement with integrity and fairness. By virtue of its duplicitous dealings with Morgan Lewis, its misleading representations, and its refusal to respond fairly and honestly to Morgan Lewis' inquiries, the City also has breached the covenant to perform in good faith.

59.     Morgan Lewis has been damaged by the City's breaches in the amount of $3.2 million plus interest.

WHEREFORE, Morgan Lewis requests that this Court enter judgment as follows:

A.     Award Morgan Lewis $3.2 million plus interest; and

B.     Grant such other relief as the Court deems proper.

## COUNT II
### (Oral Promise to Pay)

60.     Morgan Lewis realleges and incorporates by reference herein, the allegations of paragraphs 1 through 54.

61.     Beginning in August, 2006, as payments to Morgan Lewis began to lag, the Corporation Counsel of the City, acting on behalf of the City and within the scope of her responsibilities, repeatedly promised that any past due sums would be paid to Morgan Lewis. Morgan Lewis relied upon those representations and continued to provide services to the City.

62.     These promises, as described above, continued until early September, 2007 in order to ensure that Morgan Lewis would continue its work.

63.     Interim "good faith" partial payments for Morgan Lewis' work also were promised, but never were made. In particular, the promise in August, 2007 of a $250,000 partial payment never was honored.

64.     Morgan Lewis has been damaged by these breaches in an amount no less than $3.2 million plus interest.

WHEREFORE, Morgan Lewis requests that this Court enter judgment as follows:

A.     Award Morgan Lewis its damages of $3.2 million plus interest; and

B.     Grant such other and further relief as the Court deems necessary.

## COUNT III
### (Action for Account Stated)

65.     Morgan Lewis realleges and incorporates by reference herein the allegations of paragraphs 1 through 54.

66.     There is an account stated between Morgan Lewis and the City by virtue of (a) the City's receipt of sums due on the retention agreement, (b) the City's repeated assurances that such sums were proper and would be paid, and (c) the City's failure to object in a timely fashion to billing rates, staffing or services provided, or amount at issue.

67.     Despite the City's failure to object in a timely fashion, the City refuses to pay the account and is liable therefore in the total amount of $3.2 million plus interest.

WHEREFORE, Morgan Lewis requests that this court enter judgment as follows:

A.    Award Morgan Lewis its damages of $3.2 million plus interest; and

B.    Such other and further relief as the Court deems necessary.

### COUNT IV
### (Quantum Meruit)

68.    Morgan Lewis realleges and incorporates by reference herein the allegations of paragraphs 1 through 54.

69.    With the active encouragement and at the direction of East Chicago, Morgan Lewis provided substantial services to East Chicago as set forth above.

70.    Morgan Lewis has billed East Chicago for those services at rates less than typical of what the law firm charges its clients. These rates were fully disclosed to the City prior to the initiation of the work.

71.    On a monthly basis, Morgan Lewis provided invoices to the City summarizing its work and the value of the services performed. At no time did the City protest the work being done or direct that Morgan Lewis cease to perform services or alter its billing rates or practices or modify its staffing of the cases.

72.    Despite being provided with services whose value now exceeds $3.2 million, East Chicago has not paid for such services. Morgan Lewis, as detailed above, has repeatedly demanded payment for the value of its services to no avail.

WHEREFORE, Morgan Lewis requests that this Court enter judgment as follows:

A.    Award Morgan Lewis the value of the services it provided East Chicago in the amount of $3.2 million; and

B.    Grant such other relief as the Court deems proper.

1136768-2                                        22

Dated:    April 11, 2008

Respectfully submitted,

One of the Attorneys for
MORGAN, LEWIS & BOCKIUS LLP

F. Thomas Hecht
Tina B. Solis
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Attorney No. 34355

1910 - No Fee Paid
1919 - Fee Paid
**Jury Demand**                                    CCG N067-10M-6/09/04 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MORGAN, LEWIS & BOCKIUS LLP

}

v.                                          No. _____ ~~2008L004013~~
                                                CALENDAR/ROOM Y
                                                TIME 00:00
CITY OF EAST CHICAGO                            Breach of Contract

## JURY DEMAND

The undersigned demands a jury trial.

_____
(Signature)

Dated: April 11 _____, 2008

Atty. No.: 34355 _____
Name: Tina B. Solis
Atty. for: Mogan, Lewis & Bockius LLP
Address: 3500 Three First National Plaza
City/State/Zip: Chicago, Illinois 60602
Telephone: (312) 977-4400

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Exhibit B

**Dorothy Brown**

# Clerk of the
# Circuit Court
### Cook County

Case Information Summary for Case Number
2008-L-004013

Filing Date: 4/11/2008
Division: Law Division
Ad Damnum: $3000000.00

Case Type: CONTRACT
District: First Municipal
Calendar: Y

## Party Information

**Plaintiff(s)**
MORGAN LEWIS BOCKIUS LLP

**Attorney(s)**
UNGARETTI & HARRIS
3500 3 1ST NTL PLAZA
CHICAGO IL, 60602
(312) 977-4400

**Date of Service**

**Defendant(s)**
CITY EAST CHICAGO

**Attorney(s)**

## Case Activity

Activity Date: 4/11/2008

Participant: MORGAN LEWIS BOCKIUS LLP

CONTRACT COMPLAINT FILED (JURY DEMAND)

Court Fee: 549.00
Judgment Amount: 3000000.00

Attorney: UNGARETTI & HARRIS

Activity Date: 4/11/2008

Participant: MORGAN LEWIS BOCKIUS LLP

CASE SET ON STATUS CALL

Date: 8/5/2008
Court Time: 0900

Judge: BARTKOWICZ, RONALD F.

Activity Date: 4/11/2008

Participant: MORGAN LEWIS BOCKIUS LLP

CASE SET ON INDIVIDUAL CALENDAR

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page

# AMENDED EXHIBIT C

# Exhibit C: Address List

**David Paul Ackerman, Partner**
Year of Birth 1949
412 Farrington Dr.
Lincolnshire, IL 60069

**Sari Makram Alamuddin, Partner**
Year of Birth  1968
419 S. Bodin St.
Hinsdale, IL 60521

**Andy R. Anderson, Of Counsel**
 Year of Birth 1959
1189 Oxford Court
Lake Zurich, IL 60047

**Theodore Michaelson Becker, Partner**
Year of Birth 1949
1195 Spruce Street
Winnetka, IL 60093

**Deborah S. Davidson, Partner**
 Year of Birth 1973
334 N. Clifton Ave., Apt. 4
Chicago, IL 60657

**Amy Marie Foran, Of Counsel**
 Year of Birth 1955
1433 N. Dearborn St., Apt. 3
Chicago, IL 60610

**Barry Alan Hartstein, Partner**
 Year of Birth 1951
55 W. Delaware Place, Apt. 716
Chicago, IL 60610

**Brian Daniel Hector, Partner**
 Year of Birth 1961
9001 S. Troy Ave.
Evergreen Park, IL 60805-1335

**Thomas Frank Hurka, Partner**
Year of Birth 1971
8170 Ridgepoint Dr.
Burr Ridge, IL 60527-5982

**Charles Clark Jackson, Partner**
Year of Birth 1952
229 Brampton Lane
Lake Forest, IL 60045

**Louis Lipman Joseph, Senior Counsel**
 Year of Birth 1947
20 Mayfair Lane
Lincolnshire, IL 60069-3223

**Michael James Macaluso, Partner**
Year of Birth 1963
5735 N Ottawa Ave
Chicago, IL 60631

**Philip Andrew Miscimarra, Partner**
 Year of Birth 1956
5522 S. Garfield Ave.
Hinsdale, IL 60521

**Elizabeth Seaver Perdue, Partner**
 Year of Birth 1954
1116 N. Elmwood Ave.
Oak Park, IL 60302-1247

**Douglas Marvin Rutherford, Partner**
Year of Birth 1959
3360 Shadyview Lane North
Plymouth, MN 55447

**John Daniel Shugrue, Partner**
 Year of Birth 1962
1548 Kaywood Lane
Glenview, IL 60025-2344

**Nina Gidden Stillman, Partner**
 Year of Birth 1948
25 E Superior St, Apt 1605
Chicago, IL 60611

**Daniel James Struck, Of Counsel**
 Year of Birth 1965
1542 Sherwood Road
Highland Park, IL 60035

*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ



69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

---

STATE OF ILLINOIS     )
                         )    SS

COUNTY OF COOK     )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:                 NINA G STILLMAN

ADDRESS:          25 E SUPERIOR 1605
                         CHICAGO, ILLINOIS 60611

REGISTRATION NO:     371786X

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
12th   day of   May            A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|
| Changes for 371786X -- NINA G STILLMAN | | | |
| apt_num | 2310 | 2406 | 10/14/1997 |
| reason_id | L | U | 1/25/1998 |
| voter_status | A | I | 12/19/1999 |
| reason_id | U | R | 12/19/1999 |
| reason_id | R | K | 8/24/2000 |
| voter_status2 | | C | 8/24/2000 |
| voter_status | I | A | 9/ 5/2000 |
| reason_id | K | R | 9/ 5/2000 |
| voter_status2 | C | | 9/ 5/2000 |
| house_num | 260 | 25 | 3/28/2003 |
| street_name | CHESTNUT | SUPERIOR | 3/28/2003 |
| apt_num | 2406 | 1605 | 3/28/2003 |
| reason_id | R | U | 3/28/2003 |

| PRINT | LAST NAME | FIRST NAME | INITIAL | HOUSE NO. | STREET NAME | PRECINCT |
|---|---|---|---|---|---|---|
| MR. ☐ MRS. ☐ MISS ☑ | STILLMAN | NINA | G. | SR. ☐ JR. ☐ 3450 | N. LAKE SHORE DR. | 2 |

| SEX—MALE ☐  FEMALE ☑  House # ____  Apt # ____  Room # ____ | DATE OF REGISTRATION | | |
|---|---|---|---|

| Give state of birth or if foreign born give country | GIVE NUMBER OF YEARS OR MONTHS | | | MONTH | DAY | YEAR | WARD |
|---|---|---|---|---|---|---|---|
| | IN ILLINOIS | IN COOK COUNTY | IN PRECINCT | 8 | 7 | 69 | |
| NEW YORK | 2 YRS | 2 YRS | 2 YRS | | | | 4-6 |

| GIVE DATE OF BIRTH | MONTH | DAY | YEAR | From what address did you last register |
|---|---|---|---|---|
| | ▓▓▓ | ▓▓▓ | 1948 | 1st REG. |

6199

| NATURALIZATION INFORMATION | NATURALIZED BY PARENTS' OR HUSBAND'S PAPERS |
|---|---|

| OWN PAPERS ☐ | PARENTS' PAPERS ☐ | | HUSBAND'S PAPERS ☐ | PARENTS' NAME _____ | Date of Marriage if voting on Husband's Papers |
|---|---|---|---|---|---|
| Court | City | State | Month | Day | Year |
| | | | | | | HUSBAND'S NAME _____ | |
| | | | | | | Age of Applicant at time of Parents' Naturalization | |

IF APPLICANT IS UNABLE TO SIGN NAME, THE FOLLOWING QUESTIONS MUST BE ANSWERED

| Father's First Name | Mother's First Name | Color of Hair ____ Color of Eyes ____ | REASON FOR INABILITY TO SIGN NAME | Illiterate ☐ |
|---|---|---|---|---|
| | | Any Other ____ | | Physical Disability |
| | | Height ____ Identifying Mark ____ | Permanent ☐  Describe | Temporary ☐ |

State of Illinois, County of Cook, ss: I hereby swear (or affirm) that I am a citizen of the United States; that on the day of the next election I shall have resided in the State of Illinois for one year, in the County of Cook ninety days, and in the Election Precinct thirty days; that I am fully qualified to vote, and that all the above statements are true.

Subscribed and Sworn to before me this 7 Day of AUG 19 69

Bessie Franklin
SIGNATURE OF REGISTRATION OFFICER

SIGNATURE OR MARK OF APPLICANT FOR REGISTRATION

Form 276—500M—1/68

**ENTER VOTING RECORD ON REVERSE SIDE OF CARD**

| DATE | HOUSE NO. | STREET NAME | CODE | PRECINCT | WARD |
|---|---|---|---|---|---|
| | | NOV 6 1970  Redistricted by B____ | | 22 | 44 |
| | | JAN 20 1972 | | | |
| 1-30-80 | 260 | E Chestnut St. #2310 | | 25 | 42 |
| 7-7-82 | | | | | |

VOTING RECORD — IN PRIMARY MARK "D" for Democrat "R" for Republican

| YEAR | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Election | | | | | | | | | | | | | | | | | | | | | | | |
| City Election | | | | | | | | | | | | | | | | | | | | | | | |
| Primary Election | | | | | | | | | | | | | | | | | | | | | | | |
| General Election | | | | | | | | | | | | | | | | | | | | | | | |

# Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

THEODORE M BECKER

**Date of Registration:**   09-06-1996
**Certification Number:**   E00C2094
**Status:**  ACTIVE
**Address:**  1195 SPRUCE ST, WINNETKA  IL  60093
**Precinct Number:** 8100012  **Sex:** M
**Date of Birth:** ████-1949

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By: _____

RECEIVED
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

### THEODORE M BECKER

Registered Address : 1195 SPRUCE ST
                     WINNETKA  IL  60093
Voter-ID: E00C2094  Registered: 09-06-1996
 Status:  A- Active  Total Items:  11

| Elec | Date | Election Name | Pty | How Voted |
|------|------|---------------|-----|-----------|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | DEM | AT THE POLL |
| 1707 | 04/17/2007 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0103 | 04/01/2003 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |
| 2100 | 03/21/2000 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0398 | 11/03/1998 | GENERAL ELECTION | non | AT THE POLL |
| 0596 | 11/05/1996 | GENERAL | non | AT THE POLL |

State of ILLINOIS
County of COOK

    I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of THEODORE M BECKER as it appears on record in my office.
    Witness my hand and seal on May 12, 2008.

                         DAVID ORR
                         COOK COUNTY CLERK

                         By: _____
                                      Deputy

RECEIVED
ELECTION APPEAL...
2008 MAY 12 PM 2: 51
OFFICE OF COUNTY CLERK



Commissioners

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF COOK       )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:              DEBORAH S DAVIDSON

ADDRESS:           3334 N CLIFTON 4
                   CHICAGO, ILLINOIS  60657

REGISTRATION NO:   513528Z

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this 12th day of May A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|
| Changes for 513528Z -- DEBORAH S DAVIDSON | | | |
| apt_num | | 1405 | 1/23/1999 |
| apt_num | 1405 | 809 | 10/22/1999 |
| reason_id | L | U | 10/22/1999 |
| sufx | RD | AV | 6/16/2006 |
| house_num | 3170 | 3334 | 6/16/2006 |
| street_name | SHERIDAN | CLIFTON | 6/16/2006 |
| apt_num | 809 | 4 | 6/16/2006 |

513528 Z

**1** PRINT  Last Name  DAVIDSON   First Name  DEBORAH   Middle Initial  S.

Address - House No:    Street Direction and Name  3170 N. SHERIDAN   Apt. or Lot No  1405   Zip  60657   Ward

Date of Birth:  Month  Day  Year  1973   Place of Birth:  WASH. D.C.   Sex  M  (F)

Prior Registration:  Address  1st REGISTRATION   Name (If Changed)

**2** If born outside the United States, complete this section:

| Citizenship | | If Naturalized: | | | |
|---|---|---|---|---|---|
| Born of U.S. Parent | | Court | City | State | Date |
| Naturalized | | Own Papers ☐ | Parent's Papers ☐ | | |

**3** If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| | | | | Physical Disability ☐  Describe |
| Distinguishing Marks | | | | Unable to Write ☐ |

**4** STATE OF ILLINOIS, COUNTY OF COOK I hereby swear (or affirm) that I am a citizen of the United States; that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that this location shall be my permanent residence; that I am fully qualified to vote, and that the above statements are true.

Subscribed and sworn to before me this  28  day of  12  19 9

_____
Signature of Registration Official

_____
Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark D for Democrat | Primary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R for Republican or as instructed. | General | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| For all other elections, mark V. | Non Partisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Form 276



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

STATE OF ILLINOIS    )
                        )    SS
COUNTY OF COOK    )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:                    AMY M FORAN

ADDRESS:            1433 N DEARBORN
                            CHICAGO, ILLINOIS  60610

REGISTRATION NO:     59912FM

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this 12th day of May A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
|---|---|---|---|

| Are you a citizen of the United States of America? | | (check one) | ☑ Yes | ☐ No | Office Use |
|---|---|---|---|---|---|
| **Will you be at least 18 years of age on or before election day?** (check one) | | | ☐ Yes | ☐ No | **59912FM** |

If you checked "no" in response to either of these questions, then do not complete this form.

You can use this form to: (check one)   ☒ apply to register to vote in Illinois   ☐ change your address   ☐ change your name

**1. Last Name** FORAN   **First Name** AMY   **Middle Name or Initial** M   Suffix (circle one) Jr. Sr. II III IV

**2. Address where you live (House No., Street Name, Apt. No.)** 1433 N. DEARBORN ST.   **City/Village/Town** CHICAGO   **Zip Code** 60610   **County** COOK   **Township**

**3. Mailing address (P.O. Box)** 1433 N. DEARBORN ST.   **City/Village/Town, State** CHICAGO, IL   **Zip Code** 60610

**4. Former Registration Address: (include City and State and Zip Code)**   **Former County**   **5. Former Name: (if changed)**

**6. Date of birth: MM/DD/YY** ██/██/55   **8. Home telephone number including area code (optional)**   **9. ID number** – check the applicable box and provide the appropriate number ☐ IL Driver's License or, if none, Sec. of State ID **OR** ☐ digits of Social Security Number

**7. Sex (circle one)**   M   (F)

**10. Voter Affidavit – Read all statements and sign within the box to the right.**
**I swear or affirm that:**
- I am a citizen of the United States;
- I will be at least 18 years old on or before the next election;
- I will have lived in the State of Illinois and in my election precinct at least 30 days as of the date of the next election;
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, then I may be fined, imprisoned, or if I am not a U.S. citizen, deported from or refused entry into the United States.

┌── **This is my signature or mark in the box below** ──┐

AUG 15 2007

Today's Date: 08 / 11 / 07

**11. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.**

Name of person assisting _____   Full Address _____   Telephone No. _____

*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ



69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF COOK       )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:               BARRY A HARTSTEIN

ADDRESS:            55 W DELAWARE 716
                    CHICAGO, ILLINOIS  60610

REGISTRATION NO:    34543FC

all of which appears from the record and files of said Board.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
12th  day of  May                       A. D. 2008

LANCE GOUGH
*Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

FIELD NAME:        OLD VALUE                NEW VALUE                    DATE

**34543FC**

| 1. Last Name | First Name | Middle Name or Initial | Suffix (Circle On Jr. Sr. II III .. |
|---|---|---|---|
| HARTSTEIN | BARRY | A | |

| 2. Address where you live (do not give P.O. address) House No.      Street Name | City/Village/Town | Township |
|---|---|---|
| 55 W Delaware St- | Apt. No./P.O. Box | County | Zip Code |

| 55 W Delaware St- | 716 | County Cook | Zip Code 60610 |

| 3. Former Registration Address: (include City and State) | County | Former Name: (if changed) |
|---|---|---|
| 2786 Sundelwood Buffalo Grove Ill | Lake | |

| 4. Date of Birth: Month Day Year | 5. Sex (Circle One) | 6. Telephone Number (optional) | 7. Full Social Security No. Or last 4 digits only |
|---|---|---|---|
| ██ ██ 5° | (M) F | | |

8. Voter Affidavit - Read all statements and sign within the box to the right.  **I swear or affirm that**

- ○ I am a citizen of the United States;
- ○ I will be at least 18 years old on or before the next election;
- ● I will have lived in the State of Illinois and in my election precinct 3° days as of the date of the next election.
- ● All of the above information is true.  I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2 to 5 years.

• This is my signature or mark in the box below.

Date: _____

9. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.

Name _____    Full Address  55 W Delaware A 716    Telephone No.
                                        Chicago Ill

## Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

BRIAN D HECTOR

**Date of Registration:**   10-02-1992
**Certification Number:**   U0501458
**Status:**  ACTIVE
Address:  9001 TROY ST, EVERGREEN PARK  IL  60805
**Precinct Number:** 9700080  **Sex:** M
**Date of Birth:** ████-1961

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By:_____

RECEIVED
ELECTION DEPARTMENT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

308-752- m035     1458     Code: 9708100005-15

**1** Last Name HECTOR  First Name BRIAN  Middle Initial D.  Sr. Jr.  Township/Ward WORTH  Precinct 80

Address (HOUSE NO. & STREET NAME) 9001 S. TROY  APT. NO.  CITY OR VILLAGE E.P.  ZIP 60642  UNINCORPORATED AREA? ☐ YES ☑ NO

Date of Birth '61  Place of Birth State or Country IL.  Sex ☑ M ☐ F  Name (if Changed)

Prior Registration: Address 9742 S. KEDZIE

**2** If born outside of the United States, complete this section:

| Citizenship | | If Naturalized: Own Papers ☐   Parent's Papers ☐ | | | |
|---|---|---|---|---|---|
| Born of U.S. Parent | | Court | City | State | Date |
| Naturalized | | | | | |

**3** If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| | | | | Physical Disability ☐ Describe |
| Distinguishing Marks | | | | Unable to Write ☐ |

**4** STATE OF ILLINOIS COUNTY OF COOK, I hereby swear (or affirm) that I am a citizen of the United States that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that this location shall be my permanent residence that I am fully qualified to vote, and that the above statements are true. Subscribed and sworn to before me this ___ day of October 19 92

_Marlon Gleeson_
Signature of Registration Officer

_Brian J Hector_
Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark | Primary | | | | | | ᵕ | | | | | | | | | | | | | | | | | | | | | | | | | |
| D for Democrat | General | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R for Republican or as instructed. | Nonpartisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| For all other elections, mark X. | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Precinct Registration Binder Card  Township/Ward  Precinct

RECEIVED
ELECTION DEPT.
2008 MAY 12  PM 2:51
OFFICE OF COUNTY CLERK

### BRIAN D HECTOR

```
          Registered Address : 9001 TROY ST
                               EVERGREEN PARK  IL  60805
Voter-ID: U0501458  Registered: 10-02-1992
   Status:  A- Active  Total Items:  15
```

| Elec | Date | Election Name | Pty | How Voted |
|------|------|---------------|-----|-----------|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | UNK | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | REP | AT THE POLL |
| 0502 | 11/05/2002 | GENERAL ELECTION | non | AT THE POLL |
| 1902 | 03/19/2002 | PRIMARY ELECTION | REP | AT THE POLL |
| 0301 | 04/03/2001 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |
| 2100 | 03/21/2000 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0398 | 11/03/1998 | GENERAL ELECTION | non | AT THE POLL |
| 1798 | 03/17/1998 | GENERAL PRIMARY ELECTION | REP | AT THE POLL |
| 0596 | 11/05/1996 | GENERAL | non | AT THE POLL |
| 1996 | 03/19/1996 | GENERAL PRIMARY | DEM | AT THE POLL |
| 0894 | 11/08/1994 | GENERAL | non | AT THE POLL |

```
   State of ILLINOIS
   County of COOK

      I, DAVID ORR, COOK COUNTY CLERK, hereby certify
   the foregoing to be a true and correct copy of the voting record
   of BRIAN D HECTOR as it appears on record in my office.
      Witness my hand and seal on May 12, 2008.

                              DAVID ORR
                              COOK COUNTY CLERK

                              By:
                                       Deputy
```

RECEIVED
ELECTION DEPART...
2008 MAY 12 PM 2: 51
OFFICE OF COUNTY CLER...

# Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

THOMAS F HURKA

**Date of Registration:**  07-21-2003
**Certification Number:**  98547018
**Status:**  INACTIVE
**Address:**  644 N SPRING AVE, LA GRANGE PARK  IL  60526
**Precinct Number:**  8900024  **Sex:**  M
**Date of Birth:**  ███-1971

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By: _David Orr_

RECEIVED
ELECTION DEPARTMENT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

## ILLINOIS VOTER REGISTRATION APPLICATION

**1. Applicant Name**     (Last, First, Middle)

HURKA, THOMAS, F

| 2. Voting Address (Address, City, ZIP) | County | Township |
|---|---|---|
| 544 R SPRING AVENUE LA GRANGE PARK, 60526 | COOK | |

| 3. Previous Registration (Address, City, State, ZIP) | County | Previous Name |
|---|---|---|
| | | |

| 4. Date of Birth | 5. Sex | 6. Telephone Number | 7. Application ID |
|---|---|---|---|
| ▓▓-71 | M | 7▓▓▓▓▓▓▓ | 3062003072100350▓▓ |

**8. Voter Affidavit:**
- I swear or affirm that I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct 30 days as of the date of the next election.
- All of the information contained on this application is true. I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2-5 years.

THIS IS MY SIGNATURE OR MARK IN THE SPACE BELOW:

COOK COUNTY CLERK
69 W. WASHINGTON
ELECTION DEPT 5TH FL
CHICAGO  60602

X *Thoma M Hurka*

Date: 07-21-03

RECEIVED
ELECTION DEPT
2008 MAY 12  PM 2: 51
OFFICE OF COURT CLERK

### THOMAS F HURKA

Registered Address : 644 SPRING AVE
                      LA GRANGE PARK  IL  60526
Voter-ID: 98547018  Registered: 07-21-2003
  Status:  I- Inactive  Total Items:  0


State of ILLINOIS
County of COOK

    I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of THOMAS F HURKA as it appears on record in my office.
    Witness my hand and seal on May 12, 2008.

                              DAVID ORR
                              COOK COUNTY CLERK

                        By: _____
                                    Deputy

RECEIVED
ELECTION DEPT
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ



69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

---

STATE OF ILLINOIS    )
                    )    SS
COUNTY OF COOK    )

I, Lance Gough, Executive Director of the Board of Election Commissioners in the County and State aforesaid and keeper of the records and files of said Board, do hereby certify that the following named person is a registered voter. This individual is currently registered at the address indicated below;

NAME:                MICHAEL J MACALUSO

ADDRESS:           5735 N OTTAWA
                         CHICAGO, ILLINOIS  60631

REGISTRATION NO:    780626Y

all of which appears from the record and files of said Board.

                                 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Board at my office in the City of Chicago, this
12th   day of   May,              A. D. 2008

                                 LANCE GOUGH
                                 *Executive Director*



*Commissioners*

LANGDON D. NEAL
*Chairman*
RICHARD A. COWEN
*Secretary*
MARISEL A. HERNANDEZ

69 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 269-7900

LANCE GOUGH
*Executive Director*

| FIELD NAME: | OLD VALUE | NEW VALUE | DATE |
| --- | --- | --- | --- |

780626 Y

MACALUSO MICHAEL

**1** PRINT  Last Name  MACALUSO    First Name  MICHAEL    Middle Initial  J

Address - House No.  5735  Street Direction and Name  N Ottawa AV    Apt. or Lot No.    Zip  60631    41

Date of Birth | Month | Day | Year 1963 | Place of Birth  Illinois | State or Country | Sex  M F | Ward  41

Prior Registration:  Address  7509 N Kenneth    Name (If Changed)

**2** If born outside the United States, complete this section:

| | Citizenship | If Naturalized | Own Papers ☐ | Parent's Papers ☐ | |
|---|---|---|---|---|---|
| Born of U.S. Parent | | Court | City | State | Date |
| Naturalized | | | | | |

**3** If unable to sign name complete this section:

| Father's First Name | Mother's First Name | Height | Color of Eyes | Reason for Inability to Sign Name |
|---|---|---|---|---|
| Distinguishing Marks | | | | Physical Disability ☐  Describe |
| | | | | Unable to Write ☐ |

**4** STATE OF ILLINOIS, COUNTY OF COOK I hereby swear (or affirm) that I am a citizen of the United States; that on the date of the next election I shall have resided in the State of Illinois and in the election precinct in which I reside 30 days and that I intend that I am fully qualified to vote, and that the above statements are true.

Subscribed and sworn to before me this  8  day of  Jan  19 95

Signature of Registration Officer          Signature or Mark of Applicant for Registration

| To Election Judges: | Voting Record | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Primary, mark D for Democrat R for Republican or as instructed. For all other elections, mark V. | Primary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | General | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Non Partisan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Special | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Form 276

## Change of Address

| Pct | Ward | Code | Address | City | Zip | County | Date | Clerk |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Suspension, Cancellation and Reinstatement

| Date | Explain | Clerk | Date | Explain | Clerk |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Certification of Registration

I, David Orr, Cook County Clerk for Chicago, IL, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

ELIZABETH S PERDUE

**Date of Registration:**  09-30-1989
**Certification Number:**  I00F1882
**Status:**  ACTIVE
**Address:**  1116 N ELMWOOD AVE, OAK PARK  IL  60302
**Precinct Number:**  8500002  **Sex:** F
**Date of Birth:**  ████-1954

Witness my hand and official seal at Cook County, IL on May 12, 2008.

David Orr
Cook County Clerk

By: _David Orr_ _____

RECEIVED
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

Office Use

**1. Last Name** PERDUE   **First Name** ELIZABETH   **Middle Name or Initial** S   **Suffix (Circle One)** Jr. Sr. II III IV

**2. Address where you live (do not give P.O. address)**
House No. 1116   Street Name NORTH ELMWOOD AVE.   City/Village/Town OAK PARK   Township
Apt. No. / P.O. Box   County COOK   Zip Code 60302

**3. Former Registration Address: (include City and State)** 1823 W Estes, Chicago, IL 60626   County COOK   Former Name: (if changed) Same

**4. Date of Birth:** Month ▓▓ Day ▓▓ Year 54   **5. Sex (Circle One)** M (F)   **6. Telephone Number (optional)** ▓▓▓▓   **7. Full Social Security No. or last 4 digits only** ▓▓▓▓

**8. Voter Affidavit - Read all statements and sign within the box to the right.**
I swear or affirm that

- I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct 30 days as of the date of the next election.
- All of the above information is true. I understand that if it is not true, I can be convicted of perjury and fined up to $5,000 and/or jailed for 2 to 5 years.

**SIGN OR MARK IN BOX BELOW.**

*[signature]*

Date: 9/30/2000

**9. If you cannot sign your name,** ask the person who helped you fill out this form to print their name, address and telephone number below.

Name _____   Full Address _____   Telephone No. _____

RECEIVED
ELECTION DEPARTMENT
2000 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

Case 1:08-cv-02748    Document 13-7    Filed 05/20/2008    Page 10 of 10

**ELIZABETH S PERDUE**

Registered Address : 1116 ELMWOOD AVE
OAK PARK   IL   60302

Voter-ID: I00F1882   Registered: 09-30-1989
Status:  A- Active   Total Items:   11

| Elec | Date | Election Name | Pty | How Voted |
|------|------|---------------|-----|-----------|
| 0508 | 02/05/2008 | PRIMARY GENERAL ELECTION | DEM | AT THE POLL |
| 1707 | 04/17/2007 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0706 | 11/07/2006 | GENERAL ELECTION | non | AT THE POLL |
| 2106 | 03/21/2006 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0505 | 04/05/2005 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0204 | 11/02/2004 | GENERAL ELECTION | non | AT THE POLL |
| 1604 | 03/16/2004 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0103 | 04/01/2003 | CONSOLIDATED ELECTION | non | AT THE POLL |
| 0502 | 11/05/2002 | GENERAL ELECTION | non | AT THE POLL |
| 1902 | 03/19/2002 | PRIMARY ELECTION | DEM | AT THE POLL |
| 0700 | 11/07/2000 | GENERAL ELECTION | non | AT THE POLL |

State of ILLINOIS
County of COOK

    I, DAVID ORR, COOK COUNTY CLERK, hereby certify
the foregoing to be a true and correct copy of the voting record
of ELIZABETH S PERDUE as it appears on record in my office.
    Witness my hand and seal on May 12, 2008.

DAVID ORR
COOK COUNTY CLERK

By: _____
              Deputy

RECEIVED
ELECTION DEPT.
2008 MAY 12  PM 2: 51
OFFICE OF COUNTY CLERK

A265-1754-9166-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A265-1754-9166-0

DAVID P ACKERMAN
412 FARRINGTON DR
LINCOLNSHIRE 60069

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 06 16 87 | 07 03 06 | ██ ██ 49 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 150 | BRN | GRN | Y | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



A453-7936-8347-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A453-7936-8347-0

SARI M ALAMUDDIN
419 S BODIN
HINSDALE 60521

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 12 13 02 | 12 06 06 | 68 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E | CDL | T.L | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 01 | 195 | BRN | BRN | | N | 1 | D | | B | 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



A536-0165-9257-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A536-0165-9257-0

ANDY R ANDERSON
1189 OXFORD COURT
LAKE ZURICH 60047

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 14 04 | 09 14 04 | 59 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 09 | 165 | BRN | BRN | Y | N | 1 | D M | | B | 08 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*
Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

B260-8134-9049-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

B260-8134-9049-0

THEODORE M BECKER
1195 SPRUCE STREET
WINNETKA 60093

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 02 15 78 | 02 13 07 | ██ ██ 49 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 185 | GRAY | BRN | Y | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

D132-1777-3908-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

D132-1777-3908-0

DEBORAH S DAVIDSON
3334 N CLIFTON AV 4
CHICAGO 60657

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 10 31 03 | 09 22 07 | ▮▮ 73 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 03 | 107 | BLND | BLUE | N | | 1 | D | | B | ▮▮ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



F650-0135-5663-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

F650-0135-5663-0

AMY M FORAN
1433 N DEARBORN ST
CHICAGO 60610

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 23 07 | 07 23 07 | ██ ██ 55 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 135 | BRN | BLUE | | N | 1 | D | | NONE | ██ ██ 12 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H632-0615-1147-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H632-0615-1147-0

**BARRY A HARTSTEIN**
**55 W DELAWARE PL**
**CHICAGO 60610**

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 06 29 90 | 03 01 06 | ▮▮ 51 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 05 | 150 | BRN | BRN | | N | 1 | D | | NONE | ▮▮ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.



*Jesse White*

*Secretary of State*

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H236-0646-1127-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H236-0646-1127-0

BRIAN D HECTOR
9001 S TROY
EVERGREEN PARK 60805

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 05 08 99 | 02 03 07 | ██ ██ 61 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 175 | RED | BLUE | Y | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

H620-8267-1207-0 AB330
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

H620-8267-1207-0

A30509    THOMAS F HURKA
          8170 RIDGEPOINT DR
          BURR RIDGE 60527

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 21 03 | 11 17 06 | ▓▓ ▓▓ 71 |

A30508

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 00 | 180 | RED | BLUE | | N | 3 | D | | NONE | ▓▓ ▓▓ 08 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.



*Secretary of State*

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

J250-1435-2095-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

J250-1435-2095-0

CHARLES C JACKSON
229 BRAMPTON LANE
LAKE FOREST 60045

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 04 03 95 | 01 24 07 | ██ ██ 52 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 175 | BRN | HZL | | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |



This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

J210-5324-7070-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

J210-5324-7070-0

LOUIS L JOSEPH
20 MAYFAIR LANE
LINCOLNSHIRE 60069

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 23 91 | 03 07 08 | ██ 47 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 11 | 170 | BRN | BLUE | | N | 1 | D | | NONE | ██ 12 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | | | | | |

\* END OF RECORD \*

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



M242-5406-3157-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

M242-5406-3157-0

MICHAEL MACALUSO
5735 N OTTAWA AVENUE
CHICAGO 60631

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 02 22 80 | 05 03 06 | ▆▆ ▆▆ 63 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 07 | 165 | BRN | BRN | Y | N | 1 | D M | | NONE | ▆▆ ▆▆ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * | END OF | RECORD | * | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



M256-6615-6076-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

M256-6615-6076-0

A30509
A30508

PHILIP A MISCIMARRA
5522 S GARFIELD AVE
HINSDALE 60521

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 03 13 86 | 03 07 06 | ██ ██ 56 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 07 | 200 | BRN | BRN | | N | 1 | D | | B | ██ ██ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



P630-2375-4731-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

P630-2375-4731-0

ELIZABETH S PERDUE
1116 N ELMWOOD AVE
OAK PARK 60302

| CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 07 11 06 | 07 11 06 | ██ ██ 54 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | COL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 130 | BRN | HZL | | N | 1 | D | | NONE | ██ ██ 10 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record, identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S260-4646-2247-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S260-4646-2247-0

JOHN D SHUGRUE
1548 KAYWOOD LANE
GLENVIEW 60025

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 09 13 99 | 07 03 07 | ▓ ▓ 62 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 6 01 | 210 | BRN | GRN | | N | 1 | D | | B | ▓ ▓ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | * END OF RECORD * | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S345-6274-8696-0 AB312

05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S345-6274-8696-0

NINA G STILLMAN
25 E SUPERIOR ST
CHICAGO 60611

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 03 24 78 | 12 26 06 | ▉ 48 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5 05 | 151 | BLND | GRN | | N | 1 | D | | B | ▉ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| * END OF RECORD * | | | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

S362-1706-5039-0 AB312
05 12 08

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

S362-1706-5039-0

DANIEL J STRUCK
1542 SHERWOOD RD
HIGHLAND PARK 60035

| | CONT. LIC. DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 07 13 07 | 07 13 07 | ██ ██ 65 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | T.L. | CLASS | ENDORS. | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 10 | 210 | BRN | BRN | | N | 1 | D | | B | ██ ██ 11 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | * END OF RECORD * | | | | |

This is to certify, that to the best of my knowledge and belief, after a careful
search of my records, that the information set out herein is a true and accurate copy
of the captioned individual's driving record, identified by driver's license number, and
I certify that all statutory notices required as a result of any driver control actions
taken have been properly given.

*Jesse White*

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)