# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2748 |
| | ) | Judge Pallmeyer |
| CITY OF EAST CHICAGO, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  David C. Jensen
   Robert J. Feldt
   Eichhorn & Eichhorn, LLP
   200 Russell Street
   P.O. Box 6328
   Hammond, IN 46320

**PLEASE TAKE NOTICE** that on Monday the 9th day of June, 2008 at 9:00 a.m., I shall appear before the Honorable Rebecca Pallmeyer at the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2119 located at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFF'S MOTION TO REMAND AND MEMORANDUM OF LAW IN SUPPORT THEREOF**, copies of which are hereby served upon you.

Dated:   June 5, 2008

                                                             Respectfully submitted,

                                                             /s/ Tina B. Solis
                                                             One of the Attorneys for
                                                             MORGAN, LEWIS & BOCKIUS
                                                             LLP

                                                             F. Thomas Hecht (ARDC #1168606)
                                                             Tina B. Solis (ARDC #6242461)
                                                             Seth A. Horvath (ARDC #6283110)
                                                             Ungaretti & Harris LLP
                                                             3500 Three First National Plaza
                                                             Chicago, Illinois 60602
                                                             Telephone (312) 977-4400
                                                             Facsimile (312) 977-4405

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

      I, Tina B. Solis, an attorney, certify that service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record this 5th day of June 2008.

                                      /s/ Tina B. Solis