## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand [14] entered and continued for briefing. Response 7/10/2008; reply 7/24/2008; ruling 7/31/2008 at 9:00. Parties to proceed promptly with discovery on issues germane to this motion. Plaintiff to respond to written disclosures within 7 days of receipt of Defendant's request, and promptly to produce the affiant for deposition.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|