Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Enter agreed protective order as modified by the court. The parties are reminded that, as explained in Judge Pallmeyer's web page, the court will not enter protective orders that by their terms permit the parties to designate material under seal without a court determination that good cause is shown. *See Citizens First National Bank v. Cincinnati Ins Co.*, 178 F. 3d 943 (7th Cir. 1999).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|