## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Agreed motion for leave to file documents under seal [21] is withdrawn in part and granted in part, with respect to 24 documents ML 38, 39, 40, 48, 49, 50, 51, 53, 54, 58, 59, 61, 63, 68, 90, 91, 101, 102, 105, 117, 136, 145, 147, and 148. Defendant City of East Chicago granted leave to file the documents referenced under seal in conjunction with the Exhibits to its response to the Plaintiff's motion to remand and related motion to strike and motion to compel.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|