## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 1:08-cv-2748 |
| v. ) | |
| ) | Judge: Rebecca R. Pallmeyer |
| **CITY OF EAST CHICAGO,** ) | |
| ) | **Magistrate Judge:** |
| **Defendant.** ) | **Sidney I. Schenkier** |

## NOTICE OF MOTION

Please be advised that we will appear on Tuesday, July 22, 2008 at 8:45 a.m. in Courtroom 2119 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 before the Honorable District Court Judge Rebecca R. Pallmeyer and present the Motion To Compel of the Defendant, City of East Chicago.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: s/Robert J. Feldt
   One of the attorneys for the Defendant,
   City of East Chicago

David C. Jensen
djensen@eichhorn-law.com
Robert J. Feldt
rfeldt@eichhorn-law.com
**EICHHORN & EICHHORN, LLP**
200 Russell Street
P.O. Box 6328
Hammond, IN 46320
219-931-0560

## CERTIFICATE OF SERVICE

I, Robert J. Feldt, hereby certify that on the __10th__ day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> F. Thomas Hecht
> Tina B. Solis
> UNGARETTI & HARRIS LLP
> 3500 Three First National Plaza
> Chicago, IL 60602
> fthecht@uhlaw.com
> tbsolis@uhlaw.com

> s/Robert J. Feldt
> Robert J. Feldt