## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Agreed briefing schedule order entered: Response to motion to compel [23] and motion to strike [25] to be filed on or before 7/22/2008. Defendant's reply in support of these motions to be filed on or before 7/29/2008. Hearing set for 7/31/2008 at 9:00. Enter Agreed Briefing Scheduling Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|