**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIVISION OF ILLINOIS**

| | | |
|---|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 1:08-cv-2748** |
| **v.** | ) | |
| | ) | **Judge: Rebecca R. Pallmeyer** |
| **CITY OF EAST CHICAGO,** | ) | |
| | ) | **Magistrate Judge:** |
| **Defendant.** | ) | **Sidney I. Schenkier** |

<u>**AGREED BRIEFING SCHEDULE ORDER**</u>

This matter is before the Court on the Motion To Strike and Motion To Compel of the Defendant, City of East Chicago. Due notice having been given and the Court having been duly advised, the Plaintiff is to file any Response to these motions on or before July 22, 2008 and the Defendant is to file any Reply in support of these motions on or before July 29, 2008. Both motions are set for hearing as part of the hearing presently set for July 31, 2008 at 9:00 a.m., prevailing time, for the Plaintiff's Motion To Remand.

July 21, 2008

_____
Judge, United States District Court

Distribution:

    Mr. David C. Jensen/Mr. Robert J. Feldt
    Mr. F. Thomas Hecht/Ms. Tina B. Solis