# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to compel [23] granted in part and denied in part. Plaintiff is directed to produce the signature pages from the partnership agreements for Ms. Yano and Mr. Lubar. Defendant's motion to strike the affidavit of Ms. Clare D'Agostino [25] is denied. Plaintiff's motion to remand [14] is entered and continued. Status hearing set for 8/28/2008 at 9:00.

Notices mailed by Judicial staff.

00:14

| | Courtroom Deputy Initials: | ETV |
|---|---|---|