IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2748 |
| | ) | Judge Pallmeyer |
| CITY OF EAST CHICAGO, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: David C. Jensen
Robert J. Feldt
Eichhorn & Eichhorn, LLP
200 Russell Street
P.O. Box 6328
Hammond, IN 46320

**PLEASE TAKE NOTICE** that on Thursday the 14th day of August, 2008 at 8:45 a.m., I shall appear before the Honorable Rebecca Pallmeyer at the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2119 located at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**, a copy of which is hereby served upon you.

Dated:   August 11, 2008                                        Respectfully submitted,

                                                                /s/ Tina B. Solis
                                                                One of the Attorneys for
                                                                MORGAN, LEWIS & BOCKIUS
                                                                LLP

                                                                F. Thomas Hecht (ARDC #1168606)
                                                                Tina B. Solis (ARDC #6242461)
                                                                Seth A. Horvath (ARDC #6283110)
                                                                Ungaretti & Harris LLP
                                                                3500 Three First National Plaza
                                                                Chicago, Illinois 60602
                                                                Telephone (312) 977-4400
                                                                Facsimile (312) 977-4405

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

  I, Tina B. Solis, an attorney, certify that service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record this 11th day of August 2008.

                 /s/ Tina B. Solis