# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Motion for leave to file supplemental exhibits in further support of motion to remand [42] granted. Defendant's oral motion for leave to take depositions of two witnesses also granted; such depositions to be taken by telephone within the next 14 days. Plaintiff's motion for protective order [44] denied. Any additional written submissions on Plaintiff's motion to remand to be filed on or before close of business 8/27/2008.

Notices mailed by Judicial staff.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|