# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2748 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Morgan, Lewis & Bockius LLP vs. City of East Chicago | | |

**DOCKET ENTRY TEXT**

Minute Order of 8/14/2008 is amended to reflect that Plaintiff's motion for protective order [44] is granted. As Plaintiff relies solely on the status of two of its partners in support of the motion for remand, the court will not consider the citizenship/residency of Plaintiff's other partners in ruling on this motion. Remainder of order to stand.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|