IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2748 |
| | ) | Judge Pallmeyer |
| CITY OF EAST CHICAGO, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: David C. Jensen
      Robert J. Feldt
      Eichhorn & Eichhorn, LLP
      200 Russell Street
      P.O. Box 6328
      Hammond, IN 46320

**PLEASE TAKE NOTICE** that on Thursday the 28th day of August, 2008 at 8:45 a.m., I shall appear before the Honorable Rebecca Pallmeyer at the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2119 located at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN FURTHER SUPPORT OF MOTION TO REMAND**, a copy of which is hereby served upon you.

Dated:   August 26, 2008                              Respectfully submitted,

                                                                                              /s/ Tina B. Solis
                                                                                               One of the Attorneys for
                                                                                                MORGAN, LEWIS & BOCKIUS LLP

                                                                                                F. Thomas Hecht (ARDC #1168606)
                                                                                                Tina B. Solis (ARDC #6242461)
                                                                                                Seth A. Horvath (ARDC #6283110
                                                                                                Ungaretti & Harris LLP
                                                                                                3500 Three First National Plaza
                                                                                                Chicago, Illinois 60602
                                                                                                Telephone (312) 977-4400
                                                                                                Facsimile (312) 977-4405

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

  I, Tina B. Solis, an attorney, certify that service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record this 26th day of August 2008.

                 /s/ Tina B. Solis